B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    Marhaba Partners Limited Partnership                Case No. _____

                                      Debtor(s)         Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A&S Engineers, Inc.<br>10377 Stella Link Rd.<br>Houston, TX 77025-5445 | William Baird<br>A&S Engineers, Inc.<br>10377 Stella Link Rd.<br>Houston, TX 77025-5445<br>(713) 942-2700 | Engineering Services | | 36,000.00 |
| Allen Boone Humphries Robinson<br>3200 Southwest Freeway, Suite 2600<br>Houston, TX 77027 | Steve Robinson<br>Allen Boone Humphries Robinson<br>3200 Southwest Freeway, Suite 2600<br>Houston, TX 77027<br>(713) 860-6443 | Legal Fees | | 65,574.46 |
| Ambrose Appraisal<br>16545 Village Drive, Building A<br>Jersey Village, TX 77040 | David Ambrose<br>Ambrose Appraisal<br>16545 Village Drive, Building A<br>Jersey Village, TX 77040<br>(713) 688-7733 | Appraisal Services | | 7,000.00 |
| Espey Consultants, Inc.<br>4801 Southwest Parkway<br>Parkway 2, Suite 150<br>Austin, TX 78735 | W.H. Espey<br>Espey Consultants, Inc.<br>4801 Southwest Parkway<br>Parkway 2, Suite 150<br>Austin, TX 78735<br>(512) 326-5659 | Trade | | 134,553.73 |
| Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010 | Patrick T. Sharkey<br>Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>(713) 752-4266 | Legal Fees | | 37,784.78 |
| JAHO, Inc.<br>c/o Christian Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, TX 77002 | Stephen Smith<br>JAHO, Inc.<br>c/o Christian Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, TX 77002<br>(713) 659-7617 | Trade | | 294,518.56 |
| Siemco Lawn<br>99 Island Bl.<br>Missouri City, TX 77459 | Billy Siems<br>Siemco Lawn<br>99 Island Bl.<br>Missouri City, TX 77459<br>(832) 243-6389 | Landscaping | | 6,280.52 |

B4 (Official Form 4) (12/07) - Cont.

In re   Marhaba Partners Limited Partnership                                        Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Terra Associates, Inc.<br>1445 N. Loop West, Suite 450<br>Houston, TX 77008 | Lyle Henkel<br>Terra Associates, Inc.<br>1445 N. Loop West, Suite 450<br>Houston, TX 77008<br>(713) 993-0333 | Trade | | 101,000.00 |
| Terracon Consultants, Inc.<br>18001 W. 106th Street, Suite 300<br>Olathe, KS 66061 | Doug Bettes<br>Terracon Consultants, Inc.<br>18001 W. 106th Street, Suite 300<br>Olathe, KS 66061<br>(913) 599-6886 | Consulting Services | | 10,395.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Marhaba Partners Limited Partnership                                      Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole Manager of the General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    January  5, 2010                              Signature    /s/ David Lucyk
                                                                    David Lucyk
                                                                    Sole Manager of the General Partner


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.