B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re **Marhaba Partners Limited Partnership**                    ,
Debtor

Case No. **10-30227**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 190,000,743.00 | | |
| B - Personal Property | Yes | 3 | 12,281,724.43 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 68,395,989.56 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 12 | | 81,759.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 925,098.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 202,282,467.43 | | |
| Total Liabilities | | | | 69,402,847.32 | |

B6A (Official Form 6A) (12/07)

In re   **Marhaba Partners Limited Partnership** ,    Case No.    **10-30227**
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1,528 acres of undeveloped land located at Interstate 10 and Woods Road (the "Brookshire Property").  See Attachment A for legal description. | Fee simple | - | 66,000,000.00 | 25,437,465.97 |
| 59 lots of undeveloped land located in the Lake Olympia Subdivision ("Flamingo Island Property"). See Attachment A for legal description. | Fee simple | - | 5,000,000.00 | 2,383,667.00 |
| 2306 and 2320 McCue Street, Houston, Texas ("McCue Property"). See Attachment A for legal description. | Fee simple | - | 14,650,000.00 | 15,475,000.00 |
| 343 acres of undeveloped land located at Lake Olympia Bl. and the Fort Bend Toll Way ("Olympia Residential Property").  See Attachent A for legal description. | Fee simple | - | 13,720,000.00 | 5,991,421.00 |
| 395 acres of undeveloped land located at Lake Olympia Bl. and the Fort Bend Toll Way ("Olympia Commercial Property").  See Attachment A for legal description | Fee simple | - | 26,500,000.00 | 9,544,421.00 |
| 281 acres of undeveloped land located at Lockwood and Beltway 8 ("Spring Trace Residential Property").  See Attachment A for legal description. | Fee simple | - | 25,858,640.00 | 8,388,461.33 |
| 475 acres of undeveloped land located at Lockwood and Beltway 8 ("Spring Trace Future Property").  See Attachment A for legal description. | Fee simple | - | 10,965,000.00 | 21,042,332.81 |
| 124 acres of undeveloped land located at the Northwest Corner of Garth Road at Wallisville Road ("Baytown Property").  See Attachment A for legal description. | Fee simple | - | 4,536,160.00 | 2,364,828.00 |
| 156 acres of undeveloped land located at Lockwood and Lake Houston ("Spring Trace Industrial Property").  See Attachment A for legal description. | Fee simple | - | 4,385,000.00 | 20,812,465.97 |
| | | Sub-Total > | 171,614,800.00 | (Total of this page) |

  **1**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership** ,   Case No.   **10-30227**

Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **70.54 acres of undeveloped land located at Beltway 8 and Lake Houston ("Spring Trace Retail Property").  See Attachment A for legal description.** | **Fee simple** | - | **17,185,943.00** | **8,345,752.00** |
| **5.96 acres of undeveloped land located at Lockwood & Beltway 8 ("Spring Trace CAD Sites"). See Attachment A for legal description.** | **Fee simple** | - | **1,200,000.00** | **751,551.09** |

|  |  |  |
|---|---|---|
| Sub-Total > | **18,385,943.00** | (Total of this page) |
| Total > | **190,000,743.00** |  |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Marhaba Partners Limited Partnership** , Case No. __10-30227__

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See Attachment B-2** | - | **118,959.82** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **118,959.82**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership**       ,    Case No.   **10-30227**

                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **See Attachment 18** | **-** | **12,062,764.61** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                               Sub-Total >    **12,062,764.61**
                                          (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership**                                    ,   Case No.   __10-30227__
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Bentley Continental** | - | **100,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer equipment:**<br>**HP L7580 Desktop PC**<br>**HP 4110 Printer**<br>**Sony Monitor**<br>**(According to the Debtor's books and records, these assets have been assigned a net book value of $750.00)** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **100,000.00** |
| Total > | **12,281,724.43** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Marhaba Partners Limited Partnership**                          ,       Case No.    **10-30227**
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of Houston**<br>**750 Bering Drive, Suite 100**<br>**Houston, TX 77057** | | - | 02/17/06<br><br>**Deed of Trust**<br><br>**The Flamingo Island Property.  See Attachment A for legal description.** | | | | | |
| | | | Value $          **5,000,000.00** | | | | **2,300,687.00** | **0.00** |
| Account No.<br><br>**BBVA Compass Bank**<br>**c/o Hirsch & Westheimer, P.C.**<br>**700 Louisiana Street, 25th Floor**<br>**Houston, TX 77002** | | - | 07/20/06<br>**Deeds of Trust**<br><br>**The Brookshire Property, Spring Trace Future Property and Spring Trace Industrial Property.  See Attachment A for legal description.** | | | | | |
| | | | Value $        **81,350,000.00** | | | | **20,812,465.97** | **0.00** |
| Account No.<br><br>**BBVA Compass Bank**<br>**c/o Hirsch & Westheimer, P.C.**<br>**700 Louisiana Street, 25th Floor**<br>**Houston, TX 77002** | | - | 07/20/06<br><br>**Deed of Trust**<br><br>**The Baytown Property.  See Attachment A for legal description.** | | | | | |
| | | | Value $          **4,536,160.00** | | | | **2,364,828.00** | **0.00** |
| Account No.<br><br>**Central Bank**<br>**4605 Post Oak Drive, Suite 130**<br>**Houston, TX 77027** | | | 12/31/09<br><br>**Automobile Loan**<br><br>**2006 Bentley Continental** | | | | | |
| | | | Value $            **100,000.00** | | | | **99,968.33** | **0.00** |

  **2**    continuation sheets attached

Subtotal
(Total of this page)

| **25,577,949.30** | **0.00** |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership** ,   Case No.   **10-30227**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 04/29/08 | | | | | |
| **City Bank** **10080 Bellaire Bl., Suite 101** **Houston, TX 77072** | | - | **Deed of Trust** **The McCue Property.  See Attachment A for legal description.** | | | | | |
| | | | Value $             14,650,000.00 | | | | 10,850,000.00 | 0.00 |
| Account No. | | | 09/06/07 | | | | | |
| **City Bank** **10080 Bellaire Bl., Suite 101** **Houston, TX 77072** | | - | **Deed of Trust** **(1) The Spring Trace Retail Property.** **See Attachment A for legal description;** **and (2) Assignment of MUD receivables.** | | | | | |
| | | | Value $             28,885,943.00 | | | | 8,345,752.00 | 0.00 |
| Account No. | | | 06/09 | | | | | |
| **City Bank** **10080 Bellaire Bl., Suite 101** **Houston, TX 77072** | | - | **Deed of Trust** **The Spring Trace CAD Sites.  See** **Attachment A for legal description.** | | | | | |
| | | | Value $             1,200,000.00 | | | | 751,559.09 | 0.00 |
| Account No. | | | 10/22/07 | | | | | |
| **Fortune Lending Corporation** **4610 Riverstone Bl.. Suite 100** **Missouri City, TX 77459** | | - | **Second Deed of Trust** **The Olympia Commercial Property.  See** **Attachment A for legal description.** | | | | | |
| | | | Value $             26,500,000.00 | | | | 3,553,000.00 | 0.00 |
| Account No. | | | 04/28/08 | | | | | |
| **Lasco McCue, Ltd.** **3301 Edloe Street, Suite 100** **Houston, TX 77027** | | - | **Second Deed of Trust** **The Brookshire Property and the McCue** **Property.  See Attachment A for legal** **description.** | | | | | |
| | | | Value $             80,650,000.00 | | | | 4,625,000.00 | 0.00 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     28,125,311.09     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   __Marhaba Partners Limited Partnership_____,   Case No. ____10-30227_____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 12/27/03 | | | | | |
| Memorial Hermann Hospital 9401 Southwest Freeway, #1120 Houston, TX 77074 | - | | | | Deed of Trust The Olympia Residential Property and the Olympia Commercial Property. See Attachment A for legal description. | | | | | |
| | | | | | Value $        40,220,000.00 | | | | 5,991,421.00 | 0.00 |
| Account No. | | | | | 06/25/09 | | | | | |
| Taxease Funding L.P. 14901 Quorum Drive, Suite 900 Dallas, TX 75254 | - | | | | Deed of Trust Flamingo Island Property. See Attachment A for legal description. | | | | | |
| | | | | | Value $         5,000,000.00 | | | | 82,980.00 | 0.00 |
| Account No. | | | | | 08/25/09 | | | | | |
| Taxease Funding L.P. 14901 Quorum Drive, Suite 900 Dallas, TX 75254 | - | | | | Deed of Trust Spring Trace Future Property. See Attachment A for legal description | | | | | |
| | | | | | Value $        10,965,000.00 | | | | 229,866.84 | 0.00 |
| Account No. | | | | | 11/20/07 | | | | | |
| Trustmark National Bank 10497 Town & Country Way, Suite 860 Houston, TX 77024 | - | | | | Deed of Trust The Spring Trace Residential Property. See Attachment A for legal description. | | | | | |
| | | | | | Value $        25,858,640.00 | | | | 8,388,461.33 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __2___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 14,692,729.17 | 0.00 |
| Total (Report on Summary of Schedules) | 68,395,989.56 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Marhaba Partners Limited Partnership**                            ,   Case No.   __10-30227_____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__11__     continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Marhaba Partners Limited Partnership**                    , Case No. **10-30227**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | 06/12/09 | | | | | |
| Adam H. Driggs 2320 McCue Rd., Unit 17 Houston, TX 77056 | - | | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 150.00 | 150.00 |
| Account No. | | | | | Tenant Security Deposit | | | | | |
| Ahmed Fahan and Sameera Siddiqui 2306 McCue Road, #225 Houston, TX 77056 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 200.00 | 200.00 |
| Account No. | | | | | 02/06/01 | | | | | |
| Ali Khalid 2306 McCue, #111 Houston, TX 77056 | - | | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 200.00 | 200.00 |
| Account No. | | | | | 09/16/09 | | | | | |
| Arnold Gargarita Tibus III 2320 McCue Rd., Unit 7 Houston, TX 77056 | - | | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 350.00 | 350.00 |
| Account No. | | | | | 02/01/09 | | | | | |
| Autumn Strupp and Jason Olson 2320 McCue Rd., Unit 32 Houston, TX 77056 | - | | | | Tenant Security Deposit | | | | | 150.00 |
| | | | | | | | | | 150.00 | 0.00 |

Sheet __1__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 150.00 |
|---|---|---|
| (Total of this page) | 1,050.00 | 900.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re __Marhaba Partners Limited Partnership__ ,          Case No. ___10-30227___
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 04/01/92 | | | | | |
| Bill Kvinta 2306 McCue Road, #110 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | 100.00 | 0.00 / 100.00 |
| Account No. | | | | | 07/11/08 | | | | | |
| Chandra A. Burns 2320 McCue Rd., Unit 31 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | 150.00 | 0.00 / 150.00 |
| Account No. | | | | | 08/01/08 | | | | | |
| Cindy Ellison/Kelli Fontenot 2320 McCue Rd., Unit 37 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | 150.00 | 0.00 / 150.00 |
| Account No. | | | | | 05/01/07 | | | | | |
| Diana Pendaruis 2320 McCue Rd., Unit 3 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | 1,245.00 | 0.00 / 1,245.00 |
| Account No. | | | | | 06/01/09 | | | | | |
| Dustin Kieschnick/Jason Abernethy 2320 McCue Rd., Unit 8 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | 250.00 | 0.00 / 250.00 |

Sheet __2__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 1,895.00 / 1,895.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Marhaba Partners Limited Partnership**                              ,          Case No. _____**10-30227**_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 09/25/09 | | | | | |
| Dzung Thuy Vu 2320 McCue Rd., Unit 40 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 150.00 | 150.00 |
| Account No. | | | | | 06/05/09 | | | | | |
| Edgar Hernandez 2320 McCue Rd., Unit 34 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 150.00 | 150.00 |
| Account No. | | | | | 07/31/70 | | | | | |
| Edward E. Ledbetter 2306 McCue, #231 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 50.00 | 50.00 |
| Account No. | | | | | 04/01/08 | | | | | |
| Ernest Bermudez 2320 McCue Rd., Unit 4 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 250.00 | 250.00 |
| Account No. | | | | | 12/30/09 | | | | | |
| Florence Vargas 2320 McCue Rd., Unit 21 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 |
| | | | | | | | | | 150.00 | 150.00 |

Sheet __3__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 750.00 | 750.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership**                    ,        Case No.   **10-30227**
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H | W J C |  |  |  |  |  |  |  |
| Account No.<br><br>**Fred Buitron**<br>**2320 McCue Rd., Unit 15**<br>**Houston, TX 77056** | - |  |  | **09/26/08**<br><br>**Tenant Security Deposit** |  |  |  |  | 150.00 | 0.00<br><br>150.00 |
| Account No.<br><br>**Gladys M. Moore**<br>**2320 McCue Rd., Unit 10**<br>**Houston, TX 77056** | - |  |  | **08/16/08**<br><br>**Tenant Security Deposit** |  |  |  |  | 250.00 | 0.00<br><br>250.00 |
| Account No.<br><br>**Grace Robertson Milligan**<br>**2320 McCue Rd., Unit 19**<br>**Houston, TX 77056** | - |  |  | **10/15/09**<br><br>**Tenant Security Deposit** |  |  |  |  | 150.00 | 0.00<br><br>150.00 |
| Account No.<br><br>**Hubertina Marie Tolpa**<br>**2320 McCue Rd., Unit 12**<br>**Houston, TX 77056** | - |  |  | **01/15/09**<br><br>**Tenant Security Deposit** |  |  |  |  | 250.00 | 0.00<br><br>250.00 |
| Account No.<br><br>**Jenny Lyn Savage**<br>**2306 McCue Road, #121**<br>**Houston, TX 77056** | - |  |  | **12/13/05**<br><br>**Tenant Security Deposit** |  |  |  |  | 250.00 | 0.00<br><br>250.00 |

Sheet  **4**  of  **11**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 1,050.00 | 0.00 |
|---|---|---|---|
|  | (Total of this page) | 1,050.00 | 1,050.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership** , Case No. **10-30227**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **Tenant Security Deposit** | | | | | |
| **Jessica Hernandez/ Vaesa Fernandez** **2306 McCue Road, #217** **Houston, TX 77056** | - | | | | | | | | | **0.00** |
| | | | | | | | | | **250.00** | **250.00** |
| Account No. | | | | | **10/03/08** | | | | | |
| **Jim Kaufman** **2306 McCue Road, #119** **Houston, TX 77056** | - | | | | **Tenant Security Deposit** | | | | | **0.00** |
| | | | | | | | | | **250.00** | **250.00** |
| Account No. | | | | | **00/20/08** | | | | | |
| **John A. Greensage** **2320 McCue Rd, Unit 36** **Houston, TX 77056** | - | | | | **Tenant Security Deposit** | | | | | **0.00** |
| | | | | | | | | | **150.00** | **150.00** |
| Account No. | | | | | **09/21/09** | | | | | |
| **John E. Carlson** **2320 McCue Rd., Unit 20** **Houston, TX 77056** | - | | | | **Tenant Security Deposit** | | | | | **0.00** |
| | | | | | | | | | **150.00** | **150.00** |
| Account No. | | | | | **09/20/05** | | | | | |
| **Jorge Alberto Garcia** **2320 McCue Rd., Unit 16** **Houston, TX 77056** | - | | | | **Tenant Security Deposit** | | | | | **0.00** |
| | | | | | | | | | **150.00** | **150.00** |

Sheet __5__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **950.00** | **950.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re __**Marhaba Partners Limited Partnership**_____ ,   Case No. ___**10-30227**_____
_____Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joyce Lenae Hinson<br>2320 McCue Rd., Unit 22<br>Houston, TX 77056 | | - | 06/09/06<br><br>Tenant Security Deposit | | | | 150.00 | 0.00<br><br>150.00 |
| Account No.<br><br>Ken Mor Electric L.P.<br>2306 McCue Road, #104<br>Houston, TX 77056 | | - | 10/09/09<br><br>Tenant Security Deposit | | | | 250.00 | 0.00<br><br>250.00 |
| Account No.<br><br>Khaled Masoud<br>2306 McCue Road, #218<br>Houston, TX 77056 | | - | Tenant Security Deposit | | | | 250.00 | 0.00<br><br>250.00 |
| Account No.<br><br>Khalid Massoud<br>2306 McCue Road, #109<br>Houston, TX 77056 | | - | Tenant Security Deposit | | | | 250.00 | 0.00<br><br>250.00 |
| Account No.<br><br>Kirill Darydychev<br>2306 McCue Road, #124<br>Houston, TX 77056 | | - | 02/02/09<br><br>Tenant Security Deposit | | | | 200.00 | 0.00<br><br>200.00 |

Sheet __6__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 1,100.00 | 1,100.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Marhaba Partners Limited Partnership** ,     Case No. **10-30227**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Kristi and Thomas Mathews** 2320 McCue Rd., Unit 30 Houston, TX 77056 | | - | 07/25/05 Tenant Security Deposit | | | | 975.00 | 0.00 975.00 |
| Account No. **Maria Emilia Pardo** 2320 McCue Rd., Unit 23 Houston, TX 77056 | | - | 11/30/09 Tenant Security Deposit | | | | 150.00 | 0.00 150.00 |
| Account No. **Maria Juliana Franco** 2320 McCue Rd., Unit 11 Houston, TX 77056 | | - | 06/01/07 Tenant Security Deposit | | | | 250.00 | 0.00 250.00 |
| Account No. **Mary Mullis** 2306 McCue Road, #230 Houston, TX 77056 | | - | 10/01/08 Tenant Security Deposit | | | | 200.00 | 0.00 200.00 |
| Account No. **Michael Anthony Wilcock** 2320 McCue Rd., Unit 35 Houston, TX 77056 | | - | 03/27/09 Tenant Security Deposit | | | | 150.00 | 0.00 150.00 |

Sheet **7** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 1,725.00 | 1,725.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re __Marhaba Partners Limited Partnership__ ,   Case No. ___10-30227___
　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | 06/30/07 | | | | | | |
| Nicole Quinn 2320 McCue Rd., Unit 38 Houston, TX 77056 | - | | | Tenant Security Deposit | | | | 150.00 | 0.00 | 150.00 |
| Account No. | | | | 08/07/09 | | | | | | |
| Olcay Er and Nslihan Er 2320 McCue Rd., Unit 33 Houston, TX 77056 | - | | | Tenant Secuity Deposit | | | | 150.00 | 0.00 | 150.00 |
| Account No. | | | | 11/30/09 | | | | | | |
| Rebecca C. Basquez 2320 McCue Rd., Unit 5 Houston, TX 77056 | - | | | Tenant Security Deposit | | | | 250.00 | 0.00 | 250.00 |
| Account No. | | | | 05/08/07 | | | | | | |
| Rehab Alrefai 2306 McCue Road, #115 Houston, TX 77056 | - | | | Tenant Security Deposit | | | | 250.00 | 0.00 | 250.00 |
| Account No. | | | | Tenant Security Deposit | | | | | | |
| Robert Myers, II 2306 McCue Road, #128 Houston, TX 77056 | - | | | | | | | 200.00 | 0.00 | 200.00 |

Sheet __8__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,000.00 | 1,000.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re __Marhaba Partners Limited Partnership__ , Case No. ___10-30227___
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | 06/05/08 | | | | | | |
| Roland Pardo 2320 McCue Rd., Unit 24 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 | |
| | | | | | | | | | 150.00 | | 150.00 |
| Account No. | | | | | Tenant Security Deposit | | | | | | |
| Ronnie T. Curtis 2306 McCue Road, 112 Houston, TX 77056 | | - | | | | | | | | 0.00 | |
| | | | | | | | | | 250.00 | | 250.00 |
| Account No. | | | | | 04/30/03 | | | | | | |
| Samir Bardawil 2320 McCue Rd, Unit 1 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 | |
| | | | | | | | | | 350.00 | | 350.00 |
| Account No. | | | | | 04/05/07 | | | | | | |
| Serdar Ozaydin 2320 McCue Rd., Unit 39 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 | |
| | | | | | | | | | 150.00 | | 150.00 |
| Account No. | | | | | 07/30/09 | | | | | | |
| Stacey P. Hollins 2306 McCue Road, #125 Houston, TX 77056 | | - | | | Tenant Security Deposit | | | | | 0.00 | |
| | | | | | | | | | 200.00 | | 200.00 |

Sheet __9___ of __11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,100.00 | 1,100.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re __**Marhaba Partners Limited Partnership**_____ ,    Case No. ___**10-30227**_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tawney Brooke Pearson** <br> **2320 McCue Rd., Unit 14** <br> **Houston, TX 77056** | - | | **12/19/09** <br><br> **Tenant Security Deposit** | | | | **250.00** | **0.00** <br><br> **250.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __**10**___ of __**11**___ continuation sheets attached to     | Subtotal | **0.00** |
Schedule of Creditors Holding Unsecured Priority Claims     | (Total of this page) | **250.00** | **250.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re **Marhaba Partners Limited Partnership**                                    Case No. **10-30227**
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Franchise Taxes** | | | | | | |
| **State of Texas Comptroller PO Box 149348 Austin, TX 78714-9348** | - | | | | | | | 0.00 | |
| | | | | | | | 70,889.34 | 70,889.34 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __11__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 70,889.34 | 70,889.34 |
| | Total (Report on Summary of Schedules) | 150.00 | |
| | | 81,759.34 | 81,609.34 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Marhaba Partners Limited Partnership**_____ ,   Case No. ___**10-30227**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | Engineering Services | | | | |
| A&S Engineers, Inc. 10377 Stella Link Rd. Houston, TX 77025-5445 | - | | | | | | | | 37,027.78 |
| **Account No.** | | | | | 12/09 Managerial services for apartment building located at 2306 McCue, Houston, TX | | | | |
| Adele Harris 2306 McCue Road, Unit 116 Houston, TX 77056 | - | | | | | | | | 600.00 |
| **Account No.** | | | | | Tax services | | | | |
| Advaloremtax.net 1314 Primrose Lane Seabrook, TX 77586-4700 | - | | | | | | | | 5,332.89 |
| **Account No.** | | | | | Legal Fees | | | | |
| Allen Boone Humphries Robinson 3200 Southwest Freeway, Suite 2600 Houston, TX 77027 | - | | | | | | | | 65,574.46 |
| | | | | | | Subtotal (Total of this page) | | | 108,535.13 |

__3___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:25329-090831   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership**                                    ,          Case No.   **10-30227**
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Appraisal Services | | | | |
| Ambrose Appraisal 16545 Village Drive, Building A Jersey Village, TX 77040 | - | | | | | | 7,000.00 |
| Account No. | | | 12/09 Attorneys Fees | | | | |
| Cruse Scott Henderson & Allen 2777 Allen Parkway, 7th Floor Houston, TX 77019 | - | | | | | | 6,280.00 |
| Account No. | | | Loans to Debtor | | | | |
| David Lucyk 1499 Potomac Houston, TX 77057 | - | | | | | | 148,265.00 |
| Account No. | | | Trade | | | | |
| Espey Consultants, Inc. 4801 Southwest Parkway Parkway 2, Suite 150 Austin, TX 78735 | - | | | | | | 134,553.73 |
| Account No. | | | 12/09 Maintenance service for apartment building located at 2306 McCue, Houston, TX | | | | |
| Felix Diaz 2306 McCue, Apt. 123 Houston, TX 77056 | - | | | | | | 2,101.20 |

Sheet no. **1** of **3** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **298,199.93**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marhaba Partners Limited Partnership__ ,   Case No. ___10-30227___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Legal Fees | | | | |
| Jackson Walker LLP 1401 McKinney Street, Suite 1900 Houston, TX 77010 | | - | | | | | | 37,784.78 |
| Account No. | | | | Trade | | | | |
| JAHO, Inc. c/o Christian Smith & Jewell 2302 Fannin, Suite 500 Houston, TX 77002 | | - | | | | | | 294,518.56 |
| Account No. | | | | Engineering Services | | | | |
| Long & Son, Inc. 13014 Queensbury Houston, TX 77079 | | - | | | | | | 59,537.15 |
| Account No. | | | | 12/09 Cleaning service for apartment building located at 2306 McCue, Houston, TX | | | | |
| Maria Bravo 9107 Willow Meadow Houston, TX 77031 | | - | | | | | | 300.00 |
| Account No. | | | | Engineering Services | | | | |
| Pate Engineers 13333 Northwest Freeway, Suite 300 Houston, TX 77040 | | - | | | | | | 1,750.00 |

Sheet no. __2___ of __3___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   393,890.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marhaba Partners Limited Partnership**                              ,   Case No.   **10-30227**
_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 6720058-4 <br><br> **Reliant Energy** <br> **P.O. Box 650475** <br> **Dallas, TX 75265-0475** | | - | | Electric Service for apartment building located at 2306 McCue, Houston, TX | | | X | 6,797.35 |
| Account No. <br><br> **Siemco Lawn** <br> **99 Island Bl.** <br> **Missouri City, TX 77459** | | - | | Landscaping | | | | 6,280.52 |
| Account No. <br><br> **Terra Associates, Inc.** <br> **1445 N. Loop West, Suite 450** <br> **Houston, TX 77008** | | - | | Trade | | | | 101,000.00 |
| Account No. <br><br> **Terracon Consultants, Inc.** <br> **18001 W. 106th Street, Suite 300** <br> **Olathe, KS 66061** | | - | | Consulting Services | | | | 10,395.00 |
| Account No. <br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 124,472.87 |
| | Total (Report on Summary of Schedules) | 925,098.42 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Marhaba Partners Limited Partnership**                              ,   Case No.      **10-30227**
                                                        **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Aaron Ardoin Jr.**<br>**2306 McCue Rd., Unit 210**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Adam H. Driggs**<br>**2320 McCue Rd., Unit 17**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Adele Harris**<br>**2306 McCue Road, Unit 116**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Ahmed Fahan and Sameera Siddiqui**<br>**2306 McCue Road, #225**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Ali Khalid**<br>**2306 McCue, #111**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Armidito Sanchez**<br>**2306 McCue Road, # 118**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Arnold Gargarita Tibus III**<br>**2320 McCue Rd., Unit 7**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Autumn Strupp and Jason Olson**<br>**2320 McCue Rd., Unit 32**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Beverly Ann Ferguson**<br>**2306 McCue Rd., Unit 107**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Bill Kvinta**<br>**2306 McCue Road, #110**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Chandra A. Burns**<br>**2320 McCue Rd., Unit 31**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Cindy Ellison**<br>**2320 McCue Rd., Unit 37**<br>**Houston, TX 77056** | **Apartment Lease** |

**5**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Marhaba Partners Limited Partnership**                 ,    Case No.    **10-30227**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Clarence Birotte**<br>**2306 McCue Rd., Unit 215**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Concepcion Nolasco**<br>**2306 McCue Road, # 118**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Daniel Cono Cusma II**<br>**2306 McCue Rd., Unit 114**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Diana Pendaruis**<br>**2320 McCue Rd., Unit 3**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Dustin Kieschnick**<br>**2320 McCue Rd., Unit 8**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Dzung Thuy Vu**<br>**2320 McCue Rd., Unit 40**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Edgar Hernandez**<br>**2320 McCue Rd., Unit 34**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Edward E. Ledbetter**<br>**2306 McCue, #231**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Ernest Bermudez**<br>**2320 McCue Rd., Unit 4**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Fawad A. Tarmizi**<br>**2306 McCue Rd., Unit 103**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Florence Vargas**<br>**2320 McCue Rd., Unit 21**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Fred Buitron**<br>**2320 McCue Rd., Unit 15**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Gabriel Perez**<br>**2306 McCue Rd., Unit 211**<br>**Houston, TX 77056** | **Apartment Lease** |

Sheet   **1**   of   **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Marhaba Partners Limited Partnership**                                         ,        Case No.    **10-30227**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gladys M. Moore**<br>**2320 McCue Rd., Unit 10**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Grace Robertson Milligan**<br>**2320 McCue Rd., Unit 19**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Grace Zhang**<br>**2306 McCue Rd., Unit 221**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Gwen and Hayward Go**<br>**2306 McCue Road, #226**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Hubertina Marie Tolpa**<br>**2320 McCue Rd., Unit 12**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Jenny Lyn Savage**<br>**2306 McCue Road, #121**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Jessica Hernandez/ Vanesa Fernandez**<br>**2306 McCue Road, #217**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Jim Kaufman**<br>**2306 McCue Road, #119**<br>**Houston, TX 77056** | **Apartment Lease** |
| **John A. Greensage**<br>**2320 McCue Rd, Unit 36**<br>**Houston, TX 77056** | **Apartment Lease** |
| **John E. Carlson**<br>**2320 McCue Rd., Unit 20**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Jorge Alberto Garcia**<br>**2320 McCue Rd., Unit 16**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Joyce Lenae Hinson**<br>**2320 McCue Rd., Unit 22**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Karen Morton**<br>**2306 McCue Rd., Unit 122**<br>**Houston, TX 77056** | **Apartment Lease** |

Sheet    **2**    of    **5**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

In re   **Marhaba Partners Limited Partnership**        ,    Case No.    **10-30227**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Ken More Electric L.P.**<br>**2306 McCue Road, #104**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Khaled Masoud**<br>**2306 McCue Road, #218**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Khalid Massoud**<br>**2306 McCue Road, #109**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Kirill Darydychev**<br>**2306 McCue Road, #124**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Kristi and Thomas Mathews**<br>**2320 McCue Rd., Unit 30**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Laura Strasbug**<br>**2306 McCue Road, #120**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Mara F. Ramirez**<br>**2306 McCue Rd. Unit 201**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Maria Emilia Pardo**<br>**2320 McCue Rd., Unit 23**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Maria Juliana Franco**<br>**2320 McCue Rd., Unit 11**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Marvin Nolasco**<br>**2306 McCue Road, # 118**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Mary Allison Mullis**<br>**2306 McCue Road, #230**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Mercedes Ferrera**<br>**2306 McCue Rd., Unit 101**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Michael Anthony Wilcock**<br>**2320 McCue Rd., Unit 35**<br>**Houston, TX 77056** | **Apartment Lease** |

Sheet  **3**  of  **5**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Marhaba Partners Limited Partnership**                                    ,    Case No.    __10-30227__
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Muhreen Hoshmany**<br>**2306 McCue Road, Unit 117**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Nicole Quinn**<br>**2320 McCue Rd., Unit 38**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Nour Mahammed**<br>**2306 McCue Road, #109**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Olcay Er**<br>**2320 McCue Rd., Unit 33**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Olga and Cesar Rios**<br>**2306 McCue Road, #216**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Olympus/Nelson Property Management Co.**<br>**32221 Marquart St.**<br>**Houston, TX 77027** | **Residential Leasing and Property Management Agreement** |
| **Peter Swearingen**<br>**2306 McCue Rd., Unit 202**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Qasem Ra Tashatsheh**<br>**2306 McCue, #115**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Rawad Semaan**<br>**2320 McCue Rd., Unit 26**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Rebecca C. Basquez**<br>**2320 McCue Rd., Unit 5**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Rehab Alrefai**<br>**2306 McCue Road, #115**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Renetia Jones**<br>**2306 McCue Rd., Unit 106**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Robert Myers, II**<br>**2306 McCue Road, #128**<br>**Houston, TX 77056** | **Apartment Lease** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Marhaba Partners Limited Partnership**                              ,    Case No.    **10-30227**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Roland Pardo**<br>**232o McCue Rd., Unit 24**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Ronnie T. Curtis**<br>**2306 McCue Road, 112**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Samir Bardawil**<br>**2320 McCue Rd, Unit 1**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Samuel Terry**<br>**2306 McCue Rd., Unit 228**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Serdar Ozaydin**<br>**2320 McCue Rd., Unit 39**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Stacey P. Hollins**<br>**2306 McCue Road, #125**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Steven A. Weyrich Sr.**<br>**2320 McCue Rd., Unit 13**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Tadia Elias**<br>**2306 McCue Rd., Unit 205**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Tawney Brooke Pearson**<br>**2320 McCue Rd., Unit 14**<br>**Houston, TX 77056** | **Apartment Lease** |
| **William Ecker**<br>**2306 McCue Rd., Unit 229**<br>**Houston, TX 77056** | **Apartment Lease** |
| **Zachary Preston**<br>**2306 McCue Rd., Unit 105**<br>**Houston, TX 77056** | **Apartment Lease** |

Sheet    **5**    of    **5**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Marhaba Partners Limited Partnership**                    ,          Case No.    **10-30227**
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Lucyk**<br>**1499 Potomac**<br>**Houston, TX 77057** | **All creditors listed on Schedule D**<br>**except Memorial Hermann Hospital** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   __Marhaba Partners Limited Partnership__             Case No.   __10-30227__

                                           Debtor(s)                 Chapter   __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Sole Manager of the General Partner of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __0__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __January 19, 2010__                     Signature   /s/ David Lucyk

                                                           David Lucyk
                                                           Sole Manager of the General Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**MARHABA PARTNERS LIMITED PARTNERSHIP**

**ATTACHMENT A – REAL PROPERTY**

**LEGAL DESCRIPTIONS**

# BAYTOWN/GARTH ROAD

Wallisville Road, a distance of 18.57 feet to a 5/8-inch iron rod with plastic cap stamped "Terra Surveying" found marking an angle point of the herein described tract;

THENCE, South 80°22'16" West, continuing along the north right-of-way line of said Wallisville Road, a distance of 844.01 feet, to a 5/8-inch iron with plastic cap stamped "Terra Surveying" found marking the southeast corner of a called 4.727 acres conveyed to Houston Lighting & Power Company in Volume 3018, Page 26 of the Deed Records, Harris County, Texas, and the most easterly southwest corner of the herein described tract;

THENCE, North 09°36'02" West, along the east line of said called 4.727 acres, a distance of 498.68 feet, to a 5/8-inch iron rod with plastic cap stamped "Terra Surveying" found marking the northeast corner of said 4.727 acres and an interior corner of the herein described tract;

THENCE, South 80°23'58" West, along the north line of said called 4.727 acres, a distance of 473.58 feet, to a 5/8-inch rod found in the east line of a called 150 feet wide Houston Lighting and Power Company easement recorded in Volume 3021, Page 30 of the Deed Records, Harris County, Texas, the east line of a called 22 feet wide Houston Lighting & Power Company easement recorded in Volume 2809, Page 645 of the Deed Records, Harris County, Texas, marking the northwest corner of said 4.727 acres and the most northerly southwest corner of the herein described tract;

THENCE, North 23°29'12" West, over and across said called 717.279 acres, along the east line of said called 22 feet wide Houston Lighting and Power easement and the east line of a said called 150 feet Houston Lighting and Power easement, a distance of 1,966.90 feet to a point in the south line of called 20 feet wide Seagull Petrochemical Corp. pipeline easement recorded under Harris County Clerk's File Numbers M373402 and M645320 and being the northwest corner of the herein described tract;

THENCE, North 66°30'50" East, continuing over and across said called 717.279 acres and along the south line of said called 20 feet wide Seagull Petrochemical Corp. pipeline easement, a distance of 26.94 feet, to an angle point of the herein described tract;

THENCE, North 79°53'08" East, continuing over and across said called 717.279 acres and the south line of said called 20 feet wide Seagull Petrochemical Corp. pipeline easement, a distance of 505.26 feet, to an angle point of the herein described tract;

THENCE, South 85°44'33" East, continuing over and across said called 717.279 acres and the south line of said called 20 feet wide Seagull Petrochemical Corp. pipeline easement, a distance of 2,147.85 feet, to an angle point of the herein described tract;

THENCE, North 85°52'33" East, continuing over and across said called 717.279 acres and the south line of said called 20 feet wide Seagull Petrochemical Corp. pipeline easement, a distance of 32.31 feet to the POINT OF BEGINNING and containing 111.307 acres (4,848,534 square feet) of land.

TRACT II:
100.878 Acres or 4,394,235 Square Feet of land being part of that certain 1548.972 acre tract of land conveyed from HERMANN HOSPITAL ESTATE to HERMANN HEALTHCARE SYSTEM, Inc. by a deed dated November 4, 1997 and recorded under Clerk's File No. S734009, (the name changed from HERMANN HEALTHCARE SYSTEM, Inc. to MEMORIAL HERMANN HOSPITAL SYSTEM, Inc. by virtue of the merger evidenced by Instrument recorded under Clerk's File No. S826525), of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No.2, near Humble, in Harris County, Texas, said 100.878 Acre tract of land is more particularly

described by metes and bounds as follows:

BEGINNING at a 1 inch galvanized iron pipe found at the Southeast corner of a 187 Foot H.L.&P. Easement described in a deed recorded under Volume 1608, Page 430, H.C.D.R., on the South line of said 1548.972 Acre tract, same being the North line of that certain 78.11 Acre tract of land conveyed from Don Wootten, Trustee to 315 VILLAGE OF KINGS LAKE LTD. by a deed dated May 9,2002 and recorded under Clerk's File No. V801891, H.C.D.R.;

THENCE South 87 deg. 15 min. 06 sec. West, along the North line of said 78.11 Acre tract of land, at a distance of 187.02 feet pass the Southeast corner of a 170 Foot Harris County Flood Control District (H.C.F.C.D.) Drainage Easement described in a deed recorded under Clerk's File No. G781461, H.C.D.R., from which a 3/4 inch iron pipe was found South, 0.45 feet and East, 0.42 feet, and continuing in all a distance of 327.04 (Called 326.92) feet to a point for corner, from which a 1 inch iron pipe was found East, 0.14 feet;

THENCE South 87 deg. 26 min. 39 sec. West, along the North line of KINGS LAKE FOREST, SECTION ONE, according to the map or plat thereof recorded in Volume 247, Page 34, of the Map Records of Harris County, Texas, a distance of 1629.86 (Called 1629.73) feet to a point for corner, from which a 5/8 inch iron rod was found East, 0.12 feet;

THENCE South 87 deg. 47 min. 10 sec. West, along the South line of said 1548.972 acre tract of land, at a distance of 40.00 feet pass the Northeast corner of that certain 5.0000 Acre tract of land conveyed from L.H.P. CORPORATION to Reverend Joseph A. Fiorenza by a deed dated January 15, 1986 and recorded under Clerk's File No. K393421, H.C.D.R., from which a 3/4 inch iron pipe was found South, 0.15 feet and East, 0.41 feet, at a distance of 490.00 feet pass the Northeast corner the remainder of that certain 217.6886 Acre tract of land conveyed from VINA HOMES Inc. to L.H.P. CORPORATION by a deed dated January 15, 1986 and recorded under Clerk's File No. K400315, H.C.D.R., and continuing in all a distance of 603.93 feet to a 5/8 inch iron rod with a cap set at a point for corner;

THENCE North 01 deg. 07 min. 48 sec. East, a distance of 1751.98 feet to a 5/8 inch iron rod with a cap set at a point for corner;

THENCE North 87 deg. 39 min. 34 sec. East, a distance of 2469. 75 feet to a 5/8 inch iron rod with a cap set at a point for corner;

THENCE South 01 deg. 50 min. 51 sec. East, along the East Right-of-Way of said 187 Foot H.L.&P. Easement, same being the West line of that certain 209.630 Acre tract of land, a distance of 1741.72 feet to the POINT OF BEGINNING, containing within these calls 100.878 Acres or 4,394,235 Square Feet of land.

TRACT III:
A tract or parcel containing 13.860 acres of land situated in the Talcott Patching Survey, Abstract Number 620, Harris County, Texas, and being out of and a portion of the 717.279 acre tract as described in the deed to Garth-Wallisville, Limited, recorded under Harris County Clerk's File Number D892853; said 13.860- acre tract being more particularly described by metes and bounds as follows (all bearings are based on the record bearings of said 717.279 acre tract):

COMMENCING at a 5/8-inch iron rod with plastic cap stamped "TERRA SURVEYING"

found at the southwest end of a cutback line at the intersection of the west right-of-way line of Garth Road (width varies) and the north right-of-way line of Wallisville Road (width varies);

THENCE, SOUTH 80 degrees 30 minutes 56 seconds WEST, along said north right-of-way line, a distance of 772.43 feet to a 5/8-inch iron rod with plastic cap stamped "TERRA SURVEYING" found marking an angle corner in said north right-of-way line;

THENCE, SOUTH 07 degrees 18 minutes 28 seconds EAST, continuing along said north right-of way line, a distance of 18.57 feet to a 5/8-inch iron rod with plastic cap stamped "TERRA SURVEYING" found marking an angle corner of the said north right-of-way line;

THENCE, SOUTH 80 degrees 22 minutes 16 seconds WEST, along said north right-of-way line, a distance of 1,199.32 feet to a 5/8-inch iron rod with plastic cap stamped "TERRA SURVEYING" found marking an angle corner in said north right-of-way;

THENCE, NORTH 89 degrees 32 minutes 55 seconds WEST, along said north right-of-way line, a distance of 158.75 feet to a point lying in the west line of the 150 feet wide HL&P Easement, as recorded in Volume 3021, Page 30 of the Harris County Deed Records (H.C.D.R.);

THENCE, NORTH 23 degrees 29 minutes 12 seconds WEST, along said west line, a distance of 403.68 feet to a 5/8-inch iron rod with plastic cap stamped "S&V SURVEYING" set at the PONT OF BEGINNING and the most southerly corner of the herein described tract, also lying in the northeast line of the 50 feet wide Humble Oil & Refining Co. Easement, as recorded in Volume 5296, Page 354 of the H.C.D.R.;

THENCE, NORTH 57 degrees 51 minutes 55 seconds WEST, along said northeast line, a distance of 1,342.79 feet to a 5/8-inch iron rod with plastic cap stamped "S&V SURVEYING" set at a westerly corner of the herein described tract;

THENCE, NORTH 51 degrees 01 minutes 12 seconds EAST, a distance of 651.92 feet to a 5/8-inch iron rod with plastic cap stamped "S&V SURVEYING" set at a northeasterly interior corner of the herein described tract;

THENCE, NORTH 23 degrees 29 minutes 12 seconds WEST, a distance of 832.92 feet to a 5/8-inch iron rod with plastic cap stamped "S&V SURVEYING" set a northwesterly corner of the herein described tract, lying in the south line of the San Jacinto River Authority Canal Easement, as recorded in Volume 6279, Page 517 of the H.C.D.R.;

THENCE, NORTH 79 degrees 53 minutes 35 seconds EAST, along said south line, a distance of 133.63 feet to a 5/8-inch iron rod stamped "S&V SURVEYING" set at a northerly corner of the herein described tract, lying in said west line of the HL&P Easement;

THENCE, SOUTH 23 degrees 29 minutes 12 seconds EAST, along said west line, a distance of 2,084.38 feet to the POINT OF BEGINNING, containing 13.860 acres of land.

**BROOKSHIRE**                    EXHIBIT "A"                    VOL 1106 PAGE 649

PARCEL 953.6 (Shown for identification purposes, not part of the following metes and bounds description)

Being a 953.6-acre (41,538,900 square foot) tract of land situated in the H.H. Pennington Survey, A-321, the H. &T.C,R.R. Survey, Section 73, A-154, the T.S. Reese Survey, A-330 and the Nathan Brookshire Survey, A-16, Waller County, Texas, being out of a 953.6-acre tract of land conveyed to McMillian Investments, L.P. as recorded in Volume 805, Page 458 of the Waller County Official Public Records, being out of Outlots 17, 18, 19 and 20 of the Brookshire Outlots as recorded in Volume 14, Page 380 of the Waller County Deed Records, being out of a 19.6105-acre tract of land recorded in Volume 250, Page 128 of the Waller County Deed Records, being out of a 47.116-acre tract of land recorded in Volume 243, Page 606 of the Waller County Deed Records, being out of a 150.62-acre tract of land recorded in Volume 262, Page 403 of the Waller County Deed Records, being out of a 4.8152-acre tract of land recorded in Volume 277, Page 795 of the Waller County Deed Records, being out of a 93.675-acre tract of land recorded in Volume 240, Page 93 of the Waller County Deed Records, being out of a 24.1408-acre tract of land recorded in Volume 250, Page 9 of the Waller County Deed Records, being out of a 302.299-acre tract of land recorded in Volume 233, Page 774 of the Waller County Deed Records, being out of a 50-acre tract of land recorded in Volume 338, Page 791 of the Waller County Deed Records, being out of a 50- acre tract of land recorded in Volume 338, Page 796 of the Waller County Deed Records, being out of a 191.19-acre tract of land recorded in Volume 237, Page 329 of the Waller County Deed Records and being out of a 26.309-acre tract of land recorded in Volume 242, Page 492 of the Waller County Deed Records and being more particularly described by metes and bounds as follows:

BEGINNiNG at a 4-inch x 4-inch concrete monument found for the point-of-intersection of the westerly right-of-way line of Woods Road (80 feet wide) with the southerly right-of-way line of Interstate Highway No. 10 (width varies) for the northeasterly corner of said 191.19-acre tract and for the northeasterly corner of this tract;

THENCE South 02° 06' 49" East, a distance of 1,690.14 feet with the westerly right-of- way line of said Woods Road to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a point-of-curvature;

THENCE In a southerly direction with the westerly right-of-way line of said Woods Road and with a tangent curve to the right having a radius of 1,105.92 feet, a central angle of 17° 00' 00", a length of 328.13 feet and a chord bearing South 06° 23' 11" West, a distance of 326.93 feet to a 1/2-inch iron pipe found for a point-of-tangency;

THENCE South 14° 53' 11" West, a distance of 249.26 feet with the westerly right-of-way line of said Woods Road to a 1/2-inch iron pipe found for a point-of-curvature;

THENCE In a southerly direction with the westerly right-of-way line of said Woods Road and with a tangent curve to the left having a radius of 1,185.92 feet, a central angle of 17° 30' 00", a length of 362.22 feet and a chord bearing South 06° 08' 11" West, a distance of 360.81 feet to a 1/2-inch iron pipe found for a point-of-tangency;

THENCE South 02° 36' 49" East, a distance of 2,007.29 feet with the westerly right-of- way line of said Woods Road to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for the southeasterly corner of said 150.62-acre tract and for the southeasterly corner of this tract, from which a 1-1/2-inch iron pipe found bears South 87° 46' 29" West, a distance of 0.69 feet;

1

VOL 1106 PAGE 650

THENCE South 87° 46' 29" West, a distance of 3,184.82 feet with the northerly line of a 150.0909-acre tract of land described as "First Tract" as recorded in Volume 152, Page 268 of the Waller County Deed Records to a 1-1/2-inch iron pipe found for the most southerly southwesterly corner of this tract;

THENCE North 02° 33' 17" West, a distance of 1,996.16 feet with the easterly line of the Archie K. Brookshire 30-acre tract of land as recorded in Volume 60, Page 580 of the Waller County Deed Records to a 1-1/2-inch iron pipe found for an interior corner of this tract;

THENCE South 86° 30' 38" West, a distance of 1,396.67 feet with the northerly line of said 30-acre tract and with the northerly line of the Howard L. Brookshire 30-acre tract of land as recorded in Volume 147, Page 248 of the Waller County Deed Records to a 1-1/2-inch iron pipe found for an interior corner of this tract;

THENCE South 03° 34' 47" East, a distance of 703.09 feet with the westerly line of said Howard L. Brookshire 30-acre tract to a 1-1/2-inch iron pipe found for an angle point of this tract;

THENCE South 02° 27' 11" East, a distance of 364.21 feet with the westerly line of said Howard L. Brookshire 30-acre tract to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a southeasterly corner of this tract;

THENCE South 87° 24' 31" West, a distance of 2,882.01 feet with the northerly line of a 51.4349-acre tract of land conveyed to Ferrin B. Moreland, et ux, as recorded in Volume 425, Page 448 of the Waller County Deed Records to a 1-1/2-inch iron pipe found for an angle point of this tract;

THENCE South 87° 41' 43" West, a distance of 2,035.93 feet with the northerly line of said 51.4349-acre tract to a 1-1/2-inch iron pipe found in the easterly right-of-way line of F.M. Road No. 359 (100 feet wide) for the southwesterly corner of said 93.675-acre tract and for the southwesterly corner of this tract;

THENCE North 02° 23' 35" West, a distance of 31.29 feet with the easterly right-of-way line of said F.M. Road No. 359 to a 518-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for an angle point of this tract;

THENCE North 02° 54' 35" West, a distance of 982.52 feet with the easterly right-of-way line of said F.M. Road No. 359 to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for an angle point of this tract;

THENCE North 03° 34' 35" West, a distance of 660.84 feet with the easterly right-of-way line of said F.M. Road No. 359 to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a northwesterly corner of this tract, from which a 1/2-inch iron rod found bears North 87° 03' 23" East, a distance of 0.77 feet;

THENCE North 87° 03' 23" East, a distance of 296.08 feet with the southerly line of a 1.000-acre tract of land conveyed to Harold E. Brown and Ester M. Brown as recorded in Volume 663, Page 520 of the Waller County Deed Records to a 1/2-inch iron rod found for an interior corner of this tract;

THENCE North 03° 38' 37" West, a distance of 147.60 feet with the easterly line of said 1.000-acre tract to a 1/2-inch iron rod found for an interior corner of this tract;

THENCE South 87° 03' 23" West. a distance of 295.91 feet with the northerly line of said

VOL 1106 PAGE 651

1.000-acre tract to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set in the easterly right-of-way line of said F.M. Road No. 359 for a southwesterly corner of this tract, from which a 1/2-inch iron pipe found bears North 71° 32' 54" East, a distance of 0.58 feet;

THENCE North 03° 34' 35" West, a distance of 1,048.35 feet with the easterly right-of- way line of said F.M. Road No. 359 to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx.' set for an angle point of this tract, from which a 1/2-inch iron pipe found bears North 38° 40' 18" West, a distance of 0.84 feet;

THENCE North 87° 18' 18" East. a distance of 1,465.66 feet with the southerly line of a 3.1323-acre tract of land conveyed to Jessye Davis Spencer as recorded in Volume 577, Page 183 of the Waller County Deed Records, with the southerly line of a 1-acre tract of land conveyed to the City of Brookshire as recorded in Volume 602, Page 556 and described in Volume 275, Page 435 of the Waller County Deed Records, with the southerly line of the Mrs. I. Soloman tract of land recorded in Volume 96, Page 22 of the Waller County Deed Records, with the southerly line of a 1-acre tract of land conveyed to Nelson Shelton, et ux, as recorded in Volume 156, Page 119 of the Waller County Deed Records, and with the southerly line of a 0.6878-acre tract of land conveyed to Annie Shelton as recorded in Volume 233, Page 394 of the Waller County Deed Records to a 5/8-inch iron rod found for the southwesterly corner of said 4.8152-acre tract and for an interior corner of this tract;

THENCE North 02° 44' 02" West, a distance of 909.39 feet with the easterly line of said 0.6878-acre tract to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx. " set in the southerly right-of-way line of Twelfth Street (40 feet wide as occupied) for a northwesterly corner of this tract;

THENCE North 88° 16' 35" East, a distance of 228.87 feet with the southerly right-of-way line of said Twelfth Street to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." Set, for a northeasterly corner of this tract;

THENCE South 03° 08' 25" East, a distance of 905.54 feet with the westerly line of the Sam Hill Estate tract of land (per the Waller County tax rolls, no deed was found for this tract) to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for an interior corner of this tract.

THENCE North 87° 18' 18" East, a distance of 240.25 feet with the southerly line of said Sam Hill Estate tract to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for an interior corner of this tract;

THENCE North 02° 19' 50" West, a distance of 472.63 feet with the easterly line of said Sam Hill Estate tract to a 1-1/2-inch iron pipe found for a northwesterly corner of this tract;

THENCE North 88° 22' 33" East. a distance of 822.46 feet with the southerly line of Maud Malone, et al, 1-acre tract as recorded in Volume 100, page 391 of the Waller County Deed Records, with the southerly line of the Robert Rogers, et ux, 1.012-acre tract as recorded in Volume 301, Page 690 of the Waller County Deed Records and with the southerly line of a 1.012- acre tract of land as recorded in Volume 202, Page 54 of the Waller County Deed Records to a 1- 1/2-inch iron pipe found for an interior corner of this tract;

THENCE North 00° 07' 40" East, .a distance of 209.56 feet with the easterly line of said 1.012-acre tract to a 1-1/2-inch iron pipe found for an interior corner of this tract;

THENCE South 88° 28' 52" West, a distance of 620.27 feet with the northerly line of said 1.012-acre tracts and with the northerly line of the Maud Malone, et al, tract as shown in

VOL 1106 PAGE 652

Volume 436, Page 404 of the Waller County Deed Records to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a southwesterly corner of this tract;

THENCE North 03° 20' 48" West, a distance of 105.02 feet with the easterly line of a 1-acre tract of land conveyed to the City of Brookshire as recorded in Volume 469, Page 659 of the Waller County Deed Records and described in Volume 136, Page 264 of the Waller County Deed Records to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for an interior corner of this tract;

THENCE South 88° 28' 52" West, a distance of 174.49 feet with the northerly line of said 1-acre tract to a 1/2-inch iron rod found for a southwesterly corner of this tract;

THENCE North 01° 52' 35" West, a distance of 89.06 feet with the easterly right-of-way line of a 30-foot wide easement to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a northwesterly corner of this tract;

THENCE North 87° 48' 41" East, a distance of 233.82 feet with the southerly line of a 0.181-acre tract of land conveyed to Eleanor J. Taylor as recorded in Volume 456, Page 553 of the Waller County Deed Records to a 1-1/2-inch iron pipe found for an interior corner of this tract;

THENCE North 01° 26' 25" West, a distance of 34.10 feet with the easterly line of said 0.181-acre tract to a 1-1/2-inch iron pipe found for a northwesterly corner of this tract;

THENCE North 87° 49' 35" East, a distance of 427.55 feet with the southerly line of a 6.779-acre tract of land conveyed to Elton R.R. Foster as recorded in Volume 526, Page 432 of the Waller County Deed Records to a 1-1/2-inch iron pipe found for an interior corner of this tract;

THENCE North 01° 29' 27" West, a distance of 1,092.80 feet with the easterly line of said 6.779-acre tract, with the easterly line of the Eliza Leonard tract as recorded in Volume 203, Page 528 of the Waller County Deed Records and with the easterly line of a 1-acre tract of land conveyed to Richard N. Dale as recorded in Volume 516, Page 622 of the Waller County Deed Records to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston. Tx." set in the southerly right-of-way line of Tenth Street (60 feet wide) as recorded in Volume 14, Page 380 of the Waller County Deed Records for a northwesterly corner of this tract;

THENCE North 89° 13' 33" East, a distance of 855.74 feet with the southerly right-of-way line of said Tenth Street to a 1/2-inch iron pipe found for an interior corner of this tract;

THENCE North 00° 57' 53" West, a distance of 30.00 feet with the easterly terminus of said Tenth Street to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a northwesterly corner of this tract;

THENCE North 89° 13' 33" East,- a distance of 590.00 feet with the southerly line of a Brookshire Municipal Water District 30-foot wide right-of-way as recorded in Volume 129, Page 406 of the Waller County Deed Records to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a northeasterly corner of this tract;

THENCE South 00° 57' 53" East, a distance of 27.55 feet with the westerly line of the Brookshire Municipal Water District Sewer Plant as recorded in Volume 129, Page 403 of the Waller County Deed Records to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston. Tx." set for an interior corner of this tract;

THENCE South 60° 57' 53" East, a distance of 279.99 feet with the southwesterly line of said Brookshire Municipal Water District Sewer Plant to a 5/8-inch iron rod with cap

VOL 1106 PAGE 653

stamped "Weisser Eng. Houston, Tx." set for an interior corner of this tract;

THENCE North 89° 02' 07" East, a distance of 116.32 feet with the southerly line of said Brookshire Municipal Water District Sewer Plant to a 518-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for an interior corner of this tract, from which a 3/4-inch iron rod found bears North 04° 23' 28" East, a distance of 1.53 feet;

THENCE North 00° 57' 53" West, a distance of 268.82 feet with the easterly line of said Brookshire Municipal Water District Sewer Plant to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set in the southerly right-of-way line of said Interstate Highway No. 10 (320 feet wide) for a northwesterly corner of this tract, from which a 1/2-inch iron rod found bears South 70° 51' 53" West, a distance of 1.54 feet;

THENCE In an easterly direction with the southerly right-of-way line of said Interstate Highway No.10 and with a non-tangent curve to the right having a radius of 3,659.72 feet, central angle of 03° 22' 49", a length of 215.92 feet and a chord bearing South 84° 40' 43" East, a distance of 215.89 feet to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a point- of-tangency, from which a 4-inch concrete monument found bears North 77° 07' 11" West, a distance of 0.79 feet;

THENCE South 82° 59' 18" East, a distance of 3,981.18 feet with the southerly right-of- way line of said Interstate Highway No.10 to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a point-of-curvature, from which a 4-inch concrete monument found bears South 83° 31' 43" East, a distance of 0.85 feet;  .

THENCE In an easterly direction with the southerly right-of-way line of said Interstate Highway No. 10 and with a tangent curve to the right having a radius of 532.96 feet, central angle of 31° 16' 33", a length of 290.92 feet and a chord bearing South 67° 21' 02" East, a distance of 287.33 feet to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a point-of- tangency, from which a 4-inch concrete monument found bears South 79° 35' 01" East, a distance of 0.73 feet;

THENCE South 51° 42' 45" East, a distance of 463.64 feet with the southerly right-of-way line of said Interstate Highway No. 10 to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a point-of-curvature, from which a 4-inch concrete monument found bears South 77° 49' 56" East, a distance of 1.16 feet;

THENCE In an easterly direction with the southerly right-of-way line of said Interstate Highway No. 10 and with a tangent curve to the left having a radius of 612.96 feet, central angle of 40° 00' 00", a length of 427.93 feet and a chord bearing South 71° 42' 45" East, a distance of 419.29 feet to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." set for a point-of- tangency, from which a 4-inch concrete monument found bears South 66° 01' 45" East, a distance of 0.52 feet;

THENCE North 88° 17' 15" East, a distance of 105.30 feet with the southerly right-of-way line of said Interstate Highway No. 10 to the POINT OF BEGINNING and containing 953.6 acres (41,538,900 square feet) of land.

SAVE AND EXCEPT:

A 228.501-acre (9,953,491 square foot) tract of land situated in the T.S. Reese Survey, A-330, the H. &T.C.R.R. Survey, Section 73, A-154, and the Nathan Brookshire Survey, A-16, Waller County, Texas, being out of Outlots 17, 18, 19 and 20 of the Brookshire Outlots as recorded in Volume 14, Page 380 of the Waller County Deed Records, being out of a 191.19-acre tract of land as recorded in Volume 237, Page 329 of the Waller County Deed Records and being more particularly described by metes and bounds as follows:

5

VOL 1106 PAGE 654

BEGINNING at a 4-inch x 4-inch concrete monument found for the point-of-intersection of the westerly right-of-way line of Woods Road (80 feet wide) with the southerly right-of-way line of Interstate Highway No. 10 (width varies) for the northeasterly corner of said 191.19-acre tract and for the northeasterly corner of this tract;

THENCE South 02° 06' 49" East, a distance of 1,690.14 feet with the westerly right-of-way line of said Woods Road to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." found for a point-of-curvature;

THENCE In a southerly direction with the westerly right-of-way line of said Woods Road and with a tangent curve to the right having a radius of 1,105.92 feet, a central angle of 01° 00' 44", a length of 19.54 feet and a chord bearing South 01° 36' 27" East, a distance of 19.54 feet to a 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set;

THENCE South 87° 53' 11" West, with a south line of said tract herein described, a distance of 73.69 feet to a 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set for the beginning of a curve to the right;

THENCE In a Westerly direction and with a tangent curve to the right having a radius of 3,850.00 feet, a central angle of 10° 21' 40", a length of 696.22 feet and a chord bearing North 86° 55' 59" West, a distance of 695.27 feet to a 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set;

THENCE South 61° 40' 36" West, with a south line of said tract herein described, a distance of 382.89 feet to a 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set for a point on a curve to the left;

THENCE In a Northwesterly direction with said curve to the left having a radius of 5,080.00 feet, a central angle of 27° 43' 27", a length of 2458.10 feet and a chord bearing North 69° 07' 35" West, a distance of 2434.18 feet to a 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set for a point of tangency;

THENCE North 82° 59' 18" West, with a south line of said tract herein described, a distance of 599.04 feet to a 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set for the beginning of a curve to the left;

THENCE In a Northwesterly direction with said curve to the left having a radius of 9,080.00 feet, a central angle of 06° 58' 56", a length of 1106.51 feet and a chord bearing North 86° 28' 46" West, a distance of 1105.83 feet to a 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set for a point of tangency;

THENCE North 89° 58' 15" West, with a south line of said tract herein described, a distance of 387.03 for a point in the centerline of Brookshire Creek and a 70-foot right-of-way easement conveyed to Brookshire-Katy Drainage District as recorded in Volume 171, Pages 269, 273, 277, 287 and 290 of the Deed Records of Waller County, Texas

THENCE North 02° 44' 07" East, a distance of 555.11 feet with the centerline of said Brookshire Creek to an angle point of said tract herein described;

THENCE North 11° 25' 18" East, a distance of 256.84 feet with the centerline of said Brookshire Creek to an angle point of said tract herein described;

THENCE North 24° 59' 22" East, a distance of 575.40 feet with the centerline of said Brookshire Creek to an angle point of said tract herein described;

VOL 1106 PAGE 655

THENCE North 21° 33' 40" East, a distance of 544.92 feet with the centerline of said Brookshire Creek to 5/8-inch iron rod with cap stamped ("WEISSER ENG., HOUSTON, TX") set in the south line of said southerly right-of-way line of Interstate Highway No. 10, for the northwest corner of said tract herein described;

THENCE South 82° 59' 18" East, a distance of 3,981.18 feet with the southerly right-of-way line of said Interstate Highway No. 10 to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." found for a point-of-curvature, from which a 4-inch concrete monument found bears South 83° 31' 43" East, a distance of 0.85 feet;

THENCE In an easterly direction with the southerly right-of-way line of said Interstate Highway No. 10 and with a tangent curve to the right having a radius of 532.96 feet, central angle of 31° 16' 33", a length of 290.92 feet and a chord bearing South 67° 21' 02" East, a distance of 287.33 feet to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." found for a point-of-tangency, from which a 4-inch concrete monument found bears South 79° 35' 01" East, a distance of 0.73 feet;

THENCE South 51° 42' 45" East, a distance of 463.64 feet with the southerly right-of-way line of said Interstate Highway No. 10 to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." found for a point-of-curvature, from which a 4-inch concrete monument found bears South 77° 49' 56" East, a distance of 1.16 feet;

THENCE In an easterly direction with the southerly right-of-way line of said Interstate Highway No. 10 and with a tangent curve to the left having a radius of 612.96 feet, central angle of 40° 00' 00", a length of 427.93 feet and a chord bearing South 71° 42' 45" East, a distance of 419.29 feet to a 5/8-inch iron rod with cap stamped "Weisser Eng. Houston, Tx." found for a point-of-tangency, from which a 4-inch concrete monument found bears South 66° 01' 45" East, a distance of 0.52 feet;

THENCE North 88° 17' 15" East, a distance of 105.30 feet with the southerly right-of-way line of said Interstate Highway No. 10 to the POINT OF BEGINNING and containing 228.501 acres (9,953,491 square feet) of land.

AND

PARCEL 804.280: (Shown for identification purposes, not part of the following metes and bounds description)

Being all that 804.280 acres (35,034,645 square feet) of land with 512.78 acres, more or less, located in the Nathan Brookshire League, Abstract 16. Waller County, Texas and with 291.50 acres, more or less, being located in the Nathan Brookshire League, Abstract 14, Fort Bend County, Texas, said tract being a majority of the original 810.9 tract described in deed dated January 30,1986, to Patricia P. Keathley, recorded in Volume 391, Page 5. Waller County Deed Records, being the same property described in Waller county Clerk's File Number 014869, a Substitute Trustee's Deed dated May 15, 2000, from Teal Creek West, Inc. to Richard Melamed for the benefit of Brookshire Lending Group, recorded in Volume 697, Pages 104 through 159, being the same property described in Volume 756, Pages 276 through 378, Waller County Deed Records, being all of those certain tracts described in Deed of Trust dated October 31, 2002 recorded in Volume 755, Page 796, Waller County Deed of Trust Records, Waller County, Texas and being a portion of the same tracts of land described and declared in Petitions for Fort Bend-Waller Counties Municipal Utility District No. 1 as described in Volume 685, Page 286, Volume 689, Page 053 and Volume 669, Page 862 of the Official Public Records of Waller County, Texas, said 804.280 acre tract of land being described by perimeter metes and bounds as follows to wit:

VOL. 1106 PAGE 656

BEGINNING at a one-inch iron pipe found in the west right-of-way line of Woods Road (80 feet wide) for the northeast corner of a called 314.6845 acre tract described in deed dated June 16, 1972 to Gary Grossman, et al recorded in Volume 568, Page 220, Fort Bend County Deed Records and being the southeast corner of herein described tract Bearings based on the Texas Coordinate System, South Central Zone, North American Datum 1983 with origin at Triangulation Station "Brookshire";

THENCE, South 86 degrees 41 minutes 03 seconds West, along the north line of said 314.6845 acre tract, a distance of 5302.26 feet to a one inch iron pipe found in the easterly right-of-way line of FM 359 (100 feet wide per Volume 264, Pages 215, 217,307 and 308, Fort Bend County Deed Records and Volume 114, Pages 310. 312, 313,315 and 316, Waller County Deed Records) for the northwest corner of said 314.6845 acre tract and the southwest corner of the herein described tract, said point also being in a non-tangent curve to the left whose center bears South 54 degrees 24 minutes 10 seconds. West. 11780.86 feet;

THENCE, along the easterly right-of-way line of F.M. 359, the following courses and distances:

In a northwesterly direction, with said non-tangent curve to the left, having a radius of 11780.86 feet, an arc length of 69.00 feet, a central angle of 00 degrees 20 minutes 08 seconds, and a chord which bears North 35 degrees 45 minutes 54 seconds West 69.00 feet to a 5/8 inch iron rod with cap found  for the point of tangency

North 35 degrees 55 minutes 58 seconds West, a distance of 1032.63 feet to a 5/8 inch iron rod with cap stamped "Weisser Eng. Houston, Tx., set for angle point

North 84 degrees 33 minutes 02 seconds East, a distance of 58.02 feet to a 5/8 inch iron rod with cap stamped "Weisser Eng. Houston, Tx., set for angle point;

North 35 degrees 55 minutes 58 seconds West, a distance of 91.10 feet to a 5/8 inch iron rod with cap stamped "Weisser Eng. Houston, Tx., set for angle point;

South 64 degrees 48 minutes 20 seconds, West, along the County line of Waller and Fort Bend counties, a distance of 50.89 feet to a 5/8 inch iron rod with cap found for angle point;

North 35 degrees 55 minutes 58 seconds West, a distance of 2251.42 feet to a 5/8 inch iron rod with cap found for the point of curvature of a curve to the left;

In a northwesterly direction, with said curve to the left, having a radius of 2960.16 feet, an arc length of 432.35 feet, a central angle of 08 degrees 22 minutes 06 second sand a chord which bears North 40 degrees 07 minutes 01 seconds West, 431.96 feet to a 5/8 inch iron rod with cap found for the point of tangency;

North 44 degrees 18 minutes 04 seconds West, a distance of 1503.03 feet to a 5/8 inch iron rod with cap found for the southwest corner of that called 6.5103 acre tract described in deed dated October 26, 2004 to Pete Mills in Volume 865, Page 086, Waller County Deed Records;

THENCE North 39 degrees 53 minutes 15 seconds East, with a northeasterly line of herein described tract and along the south line of said 6.5103 acre tract, a distance of 88.27 feet to a 5/8 inch iron rod with cap found for angle point in herein described tract;

VOL 1106 PAGE 657

THENCE South 76 degrees 05 minutes 58 seconds East, continuing-with a northeasterly line of herein described tract and along the south line of said 6.5103 acre tract, a distance of 126.21 feet to a 5/8 inch iron rod with cap found for angle point in herein described tract;

THENCE North 21 degrees 34 Minutes 58 seconds East, continuing with a northeasterly line of herein described tract and along the south line of said 6.5103 acre tract, a distance of 190.99 feet to a 518 inch iron rod with cap found for angle point in herein described tract;

THENCE North 71 degrees 03 minutes 17 seconds East, continuing with a northeasterly line of herein described tract and along the south line of said 6.5103 acre tract, a distance of 336.53 feet to a 5/8 inch iron rod with cap stamped Weisser Eng, Houston, Tx. set for angle point in herein described tract;

THENCE South 87 degrees 32 minutes 51 seconds East, continuing with a northeasterly line of herein described tract and along the south line of said 6.5103 acre tract, a distance of 274.97 feet to a point for corner in the centerline of Brookshire Gully and the southeast corner of said 6.5103 acre tract and being an angle point in herein described tract;

THENCE North 28 degrees 07 minutes 52 seconds East up stream with the centerline meanders of Brookshire Gully with the easterly line of said 6.5103 acre tract and with a westerly line of herein described tract, a distance of 153.30 feet to an angle point for the northeast corner of said 65.103 acre tract, being the southeast corner of that certain 24278 acre tract described in deed dated May 7, 1993 to S.M. Mills recorded in Volume 478 Page 810, Waller County Deed Records and beings point in west line of herein described tract;

THENCE North 19 degrees 14 minutes 59 seconds East, continuing upstream with the centerline meanders of Brookshire Gully and the east line of said 24.278 acre, a distance of 374.52 feet to an angle point for corner

THENCE North 28 degrees 01 minutes 45 seconds East, continuing upstream with the centerline meanders of Brookshire Gully and the east line of said 24.278 acre, a distance of 107,72 feet to the southwest corner of a called 179 acre tract described indeed dated December 20, 1993 to Joan Woods Watson Tract, al recorded in Volume 486, Pages 842, 847, 852, 857, 862, 867, 875, and 879, Waller County Deed Records;

THENCE along the southerly line of said 179 acre tract and with the northerly line of herein described tract and with a. Boundary Line Agreement dated January 7, 2001 executed between Philip R. Woods, Trustee, et al and Teal Creek West, Inc. and R. Judd Cribbs, Trustee, recorded in Volume 682, Page 830, Waller County Deed Records the following courses and distances:

South 64 degrees 05 minutes 31 seconds East, a distance of 81.80 feet to a one inch iron rod found for an angle point;

South 77 degrees 14 minutes 52 seconds East, a distance of 193.40 feet to a one inch iron pipe found for an angle point:

North 73 degrees 42 minutes 52 seconds East, a distance of 575.90 feet to one inch iron rod found far an angle point;

South 69 degrees 04 minutes 52 seconds East, a distance of 131.30 feet to a one inch iron rod found for an angle point;

South 18 degrees 10 minutes 08 seconds West, a distance of 32.70 feet to a 5/8 inch iron

VOL 1106 PAGE 658

rod  with cap stamped Weisser Eng., Houston, Tx., set for an angle point;

South 71 degrees 06 minutes 52 seconds East, a distance of 185.80 feet to a one inch iron pipe found for an angle point;

North 50 degrees 11 minutes 08 seconds East, a distance of 932.10 feet to one inch iron rod found for an angle point from which a 1/2 iron pipe bears South 78 degrees 21 minutes 12 seconds East, 3.03 feet;

North 88 degrees 00 minutes 08 seconds East, a distance of 1504.40 feet to one inch iron rod found for an angle point;

North 87 degrees 58 minutes 08 seconds East, a distance of 2542 .00 feet to one inch iron rod found for an angle point;

North 87 degrees 45 minutes 08 seconds East, a distance of 529.54 feet to a 3/4 inch iron pipe found for the northwest corner of a residue of a certain 21 acre tract described as "Tract Nine" in deed dated October 5, 1998 to Bessie Mae Jordan recorded in Volume 601, Page 120, Waller County Deed Records and the most northerly northeast corner of the herein described tract;

THENCE South 02 degrees 39 minutes 37 seconds East, along the west line of said residue of a certain 21 acre tract, a distance of 956.12 feet to a one inch iron pipe found for the southwest corner of said residue of a certain 21 acre tract;

THENCE North 87 degrees 46 minutes 44 seconds East, along the south line of said residue of a certain 21 acre tract, a distance of 917.94 feet to a 3/8 inch iron rod found in the west right-of-way of Woods Road per Volume 162 Pages 19 and 21, Volume 167, Page 481, Waller County Deed Records for the southeast corner of said residue of a certain 21 acre tract and the most easterly northeast corner of the herein described tract;

THENCE South 02 degrees 40 minutes 29 seconds East, along the west right-of-way line of Woods Road, at a distance of 844. 88 feet passing the county line of Waller and Fort Bend counties, in all a distance of 1023.52 feet to one inch iron pipe found for an angle point;

THENCE South 02 degrees 30 minutes 17 seconds East, continuing along the west right-of-way line of Woods Road, a distance of 3211.68 feet to the POINT OF BEGINNING and containing 804.280 acres (35,034.645 square feet) of land, more or less.

**FLAMINGO
ISLAND**

Marhaba Partners LP
Fort Bend County, Texas.
Loan Number: 09060078

## EXHIBIT "A"

**TRACT I**
LOTS ONE **(1)**, ONE HUNDRED EIGHT **(108)**, ONE HUNDRED TEN **(110)** AND
ONE HUNDRED FOURTEEN **(114)** IN BLOCK ONE (1), ALL OF A PARTIAL
REPLAT OF FLAMINGO ISLAND AT LAKE OLYMPIA, SECTION ONE (1), A
SUBDIVISION IN FORT BEND COUNTY, TEXAS, ACCORDING TO THE MAP OR
PLAT THREOF RECORDED IN SLIDE NO. 1844/A OF THE PLAT RECORDS OF
FORT BEND COUNTY, TEXAS;

**TRACT II**
LOTS THIRTEEN **(13)**, FIFTY- ONE **(51)** **THROUGH FIFTY-FIVE (55)** IN BLOCK
ONE (1), ALL OF AMENDING PLAT OF FLAMINGO ISLAND AT LAKE
OLYMPIA, SECTION TWO (2), A SUBDIVISION IN FORT BEND COUNTY,
TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SLIDE
NO. 2131/A OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS;

**TRACT III**
LOTS ONE **(1)** **THROUGH FOUR (4)**, IN BLOCK ONE (1), LOT ONE **(1)**, IN
BLOCK TWO (2) AND LOTS ONE **(1)** **THROUGH THREE (3)**, IN BLOCK THREE
(3), ALL OF FLAMINGO ISLAND AT LAKE OLYMPIA, SECTION ONE (1), A
PARTIAL REPLAT NO. 2, A SUBDIVISION IN FORT BEND COUNTY, TEXAS,
ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT NO.
20060025 OF THE MAP/PLAT RECORDS OF FORT BEND COUNTY, TEXAS;

**TRACT IV:**
LOT ONE(1) IN BLOCK ONE(1), LOTS ONE **(1)** **THROUGH THREE (3)** IN
BLOCK TWO (2), LOTS ONE **(1)** **THROUGH FIVE (5)** IN BLOCK THREE (3),
LOTS ONE (1) **AND TWO (2)** IN BLOCK FOUR (4), LOTS ONE **(1)** **THROUGH**
**FIVE (5)** AND **LOTS(8) THROUGH EIGHTEEN (18)** IN BLOCK FIVE (5), LOTS
ONE **(1)** **THROUGH FOURTEEN (14)** IN BLOCK SIX (6) AND LOT ONE **(1)** IN
BLOCK SEVEN (7), ALL OF FLAMINGO ISLAND AT LAKE OLYMPIA, SECTION
TWO (2), PARTIAL REPLAT, A SUBDIVIDION IN FORT BEND COUNTY, TEXAS,
ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT NO.
20060026 OF THE MAP/PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

**McCUE**

EXHIBIT "A"

**Tract One:**

A tract of land containing 0.9199 Acres or 40,070 Square Feet, more or less, being all of that certain 0.9149 Acre Tract of land conveyed from JOY UNLIMITED, INC. to TEXAS CARRIAGE SQUARE, INC. by a deed dated March 11, 1997, recorded under Cleric's File No. 5363003 of the Deed Records of Harris County, Texas ( H.C.D.R.), same being part of Lot 2 of McCUE PARTITION, according to the map or plat thereof recorded in Volume 725, Page 345, H.C.D.R., lying in the William White Survey, Abstract 836, in Houston, Harris County, Texas, said 0.9199 Acre tract is more particularly described by metes and bounds as follows:



COMMENCING at the Southeast corner of SAGE/McCUE STREET APARTMENTS SECTION ONE, according to the map or plat thereof recorded in Volume 369, Page 144, of the Map Records of Harris County, Texas (H.C.M.R.), same being the West Right-of-Way of McCue Street (a 60 foot R.O.W.), from which a 5/8 inch iron rod was found North, 0.15 feet;

THENCE South 02 deg. 26 mi 08 sec. East, along the West Eight-of-Way of McCUE STREET, same being the East line of Lot 1 of said McCUE PARTITION, a distance of 284.75 feet to the POINT OF BEGINNING, from which a 3/4 inch iron rod pipe was found West, 0.25 feet;

THENCE continuing South 02 deg. 26 min. 08 sec. East, along the West Right-of-Way line of McCUE STREET, same being the East line of Lot 1 of said McCUE PARTITION, a distance of 144.95 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 87 deg. 01 min. 28 sec. West, along the North line of that certain 2.733 Acre Tract of land conveyed from BROWNSTONES AT McCUE, LTD. to 2400 McCUE RESIDENTIAL, LP by Deed dated September 30, 2004, recorded under Clerk's File No. X 959136, H.C.D.R., the South line of said 0.9149 Acre Tract of land, same being the North line of 240McCUE CONDO, according to the map or plat thereof recorded in Volume 192, Page 53, of the Condominium Records of Harris County, Texas, a distance of 278.04 feet to a point for corner, from which a 5/8 inch iron rod was found East, 0.32 feet;

THENCE North 02 deg. 28 min. 38 sec. West, along the East line of SAGE/McCUE STREET APARTMENTS SECTION TWO, according to the map or pint thereof recorded in Volume 416, Page 11, H.C.M.R., same being the West line of Lot 2 of said McCUE PARTITION, a distance of 143.23 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 86 deg. 40 min. 11 sec. East, along the South line of Lot 1 and the North line of Lot 2 of said McCUE PARTITION, a distance of 278.17 feet to the POINT OF BEGINNING.

**Tract Two:**

A 1.8244 Acres or 79,470 Square Feet of land being all of that certain 1.8244 Acre Tract of land conveyed from R. C. Speas to Adam Wolski by a deed dated May 3, 1967, and recorded under Clerk's File No. C509248, of the Deed Records of Harris County, Texas (H.C.D.R.), same being all of Lot I of the McCUE PARTITION, according to the map or plat thereof recorded in Volume 725, Page 345, H.C.D.R, lying in the WILLIAM WHITE Survey, Abstract 836, in Houston, Harris County, Texas, said 1.8244 Acre tract is more particularly described by metes and bounds as follows:

BEGINNING at the Southeast corner of SAGE/McCUE STREET APARTMENTS SECTION

ONE, according to the map or plat thereof recorded in Volume 369, Page 144, of the Map Records of Harris County, Texas (H.C.M.R.), same being the West Right-of-Way of McCUE STREET (a 60 foot ROW.), from which a 5/8 inch iron rod was found North, 0.15 feet;

THENCE South 02 deg. 26 min. 08 sec. East, along the West Right-of-Way of said McCUE STREET, same being the East line of Lot 1 of said McCUE PARTITION, a distance of 284.75 feet to a point for corner, from which a 3/4 inch iron pipe was found West, 0.25 feet;

THENCE South 86 deg. 40 min. 11 sec. West, along the South line of Lot 1 and the North line of Lot 2 of said McCUE PARTITION, a distance of 278.17 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 02 deg. 28 min. 38 sec. West, along the East line of SAGE/McCUE STREET APARTMENTS SECTION TWO, according to the map or plat thereof recorded in Volume 416, Page 11, H.C.M.R, a distance of 286.47 feet to a point for corner, from which a 5/8 inch iron rod was found North, 0.25 feet, from which a 1/2 inch square head bolt was found North, 0.59 feet, and West, 0.85 feet;

THENCE North 87 deg. 01 min. 28 sec. East, along the South line of said SAGE/McCUE STREET APARTMENTS SECTION ONE, same being the North line of Lot 1 of said McCUE PARTITION, a distance of 278.36 feet to the POINT OF BEGINNING, containing within these calls 1.8244 Acres or 79,470 Square Feet of land, more or less.

FILED

2008 APR 30 PM 2:05

COUNTY CLERK
HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in file number Sequence on the date and at time stamped hereon by me and was duly RECORDED, in the Official Public Records of Real Property of Harris County Texas on

APR 3 0 2008

COUNTY CLERK
HARRIS COUNTY, TEXAS

OLYMPIA
COMMERCIAL                    Exhibit "A"

TRACT 1:

BEING a 152.586 acre tract situated in the Elijah Roark League Survey, Abstract 77, Fort Bend County, Texas same being Tract 11A of Olympia Estates. Said 152.586 acre tact being more particularly described by metes and bounds as follows (all bearings are referenced to the Texas Coordinate System, South Central Zone (nad83):

BEGINNING at a 5/8-inch iron rod with cap stamped "COTTON" found for the intersection of the northwest line of a 80-foot wide H L & P Fee Strip recorded in Volume 495, Page 659, Fort Bend County Deed Records (FBCDR) and the east boundary line of Olympia Estates;

THENCE, South 19° 38' 12" West, 2339.12 feet along said northwest line of the 80-foot wide H L & P Fee Strip to the centerline of a Proposed 80-foot wide Collector Road;

THENCE, along the centerline of said Collector Road, THE FOLLOWING:

273.94 feet along the arc of a curve to the left, having a radius of 800.00 feet, a central angle of 19° 37' 11" and chord which bears North 23° 17' 47" West, 272.61 feet to a point of tangency;

North 33° 06' 22" West, 519.69 feet to a point of curvature;

1008.22 feet along the arc of a curve to the right, having a radius of 2010.00 feet, a central angle of 28° 44' 23" and a chord which bears North 18° 44' 11" West, 997.68 feet to a point of tangency;

North 04° 21' 59" West, 330.66 feet to a point of curvature;

708.67 feet along the arc of a curve to the right, having a radius of 2010.00 feet, a central angle of 20° 12' 03" and a chord which bears North 05° 44' 02" East, 705.00 feet to a point of tangency,

North 15° 50' 03" East, 178.96 feet to a point of curvature;

687.32 feet along the arc of a curve to left, having a radius of 1190.00 feet, a central angle of 33° 05' 34", and a chord which bears North 00° 42' 43" West, 677.80 feet to a point of tangency;

North 17° 15' 30" West, 130.28 feet to a point of curvature;

## Exhibit "A" (continued)

890.16 feet along the arc of a curve to the right, having a radius of 3010.00 feet, a central angle of 16° 56' 39" and a chord which bears North 08° 47' 10" West, 886.92 feet to a point of tangency;

North 00° 18' 51" West, 793.93 feet to a point for corner in the north line of Senior Road (variable width Roadway Easement) as recorded in Volume 446, Page 42 and Volume 446, Page 49 FBCDR;

THENCE, South 89° 54' 41" East, 1606.62 feet to the east boundary line of Olympia Estates;

THENCE, South 00° 17' 18" West, 3100.93 feet to the POINT OF BEGINNING and containing a computed area of 152.586 acres (6,646,629 square feet) of land.

TRACT 2:

BEING a 116.302 acre tract situated in the Cochran and McCluer Survey, Abstract 191, Fort Bend County, Texas. Said 116.302 acre tact being more particularly described by metes and bounds as follows (all bearings ore referenced to the Texas Coordinate System, South Central Zone (NA083):

BEGINNING at a ½-inch iron rod set for the southwest corner of said 116.302 acre tract, some also being east R.O.W. corner of a Proposed Fort Bend County Toll Road with a variable R.O.W. width;

THENCE, Northwesterly, along west property line, same also being the east R.O.W. line of said Proposed Fort Bend County Toll Road, with a curve to the left, haying a radius of 5,879.60 feet, an arc length of 4,992.03' a chord bearing of N 00° 20' 03" W, and a chord length of 4752.91' to a point of tangency,

THENCE, N 24° 10' 28" W, continuing along west property line, a distance of 807.08 feet to an angle point;

THENCE, N 11° 34' 52" W, continuing along west property line, a distance of 68.96 feet to a point of curvature;

THENCE, Northwesterly, continuing along west property line, with a curve to the left, having a radius of 1,453.39 feet, an arc length of 319.45', a chord bearing of N 17° 52' 40" W, a chord length of 318.81 feet to a point of tangency;

THENCE, N 24° 10' 28" W, continuing along west property line, a distance of 289.05 feet to an angle point;

THENCE N 23° 37' 13" W, continuing along west property line, a distance of 106.91 feet to an angle point,

Exhibit "A" (continued)

THENCE, N 38° 55' 39" E, continuing along west property line, a distance of 61.27 feet to an angle point

THENCE, N 00° 04' 56" E, continuing along west property line, a distance of 98.12 feet to an angle point

THENCE, N 89° 55' 04" W, continuing along west property line, a distance of 15.22 feet to an angle point

THENCE, N 53° 23' 49" W, continuing along west property line, a distance of 9.98 feet to an point marking the northwest corner and north property line of said 116.302 acre tract;

THENCE, S 89° 54' 41" E, along north property line, a distance of 1,300.91 feet to an angle point marking the northeast corner of said 116.302 acre tract;

THENCE, S 00° 18' 51" E, along east property line, a distance of 793.93 feet to a point of curvature;

THENCE, Southeasterly, continuing along east property line, with a curve to the left, having a radius of 3,010.00 feet, an arc length of 890.16', a chord bearing of S 08° 47' 10" E sand a chord length of 886.92 feet to a point of tangency;

THENCE, S 17° 15' 30" E, continuing along east property line, a distance of 130.28 feet to a point of curvature;

THENCE, Southeasterly, continuing along east property line, with a curve to the right, having a radius of 1,190.00 feet, an arc length of 687.32', a chord bearing of S 00° 42' 43" E, and a chord length of 677.80 feet to a point of tangency

THENCE, S 15° 50' 03" W, continuing along east property line, a distance of 178.96 feet to a point of curvature;

THENCE, Southwesterly, continuing along east property line, with a curve to the right, having a radius of 2010.00 feet, and an arc length of 708.66 feet, a chord bearing of S 05° 44' 02" W, a chord length of 705.00 feet to a point of tangency,

THENCE, S 04° 21' 59" E, continuing along east property line, a distance of 330.66 feet to a point of curvature;

THENCE, Southeasterly, continuing along the east property line, with a curve to the left, having a radius of 2010.00 feet, and an arc length of 1008.22 feet, a chord bearing of S 18° 44' 11" E, a chord length of 997.68 feet to a point of tangency; ·

THENCE, S 33° 06' 22" E, continuing along east property line, a distance of 519.69 feet to a point of curvature;

## Exhibit "A" (continued)

THENCE, Southeasterly, continuing along the east property line, with a curve to the right, having a radius of 800.00 feet, and an arc length of 273.94 feet, a chord bearing of S 23° 17' 47" E, a chord length of 272.71 feet to an angle paint;

THENCE, S 19° 38' 12" W, along the east property line, a distance of 1188.58 feet to an angle point marking the southeast corner of said 116.302 acre tract;

THENCE, S 89° 06' 43" W, along the south property line, a distance of 257.43 feet to a point of curvature;

THENCE, Westerly, continuing along the south property line, with a curve to the left, having a radius of 17130.73 feet, and an arc length of 118.10 feet, a chord bearing of S 89° 18' 33" W, a chord length of 118.10 feet to a point of tangency;

THENCE, S 89° 30' 22" W, continuing along south property line, a distance of 40.75 feet to an angle point;

THENCE, N 86° 20' 48" W, continuing along south property line, a distance of 401.05 feet to an angle point;

THENCE, N 82° 48' 17" W, continuing along south property line, a distance of 276.38 feet to the POINT BEGINNING and containing 116.302 acres and 5,066,122.07 square feet;

TRACT 3:

Of 38.4163 Acres or 1,673,415 Square Feet of land being part of the remainder of that certain 80 Acre tract of land, conveyed to HERMANN HEALTH CARE SYSTEM, Inc. by a deed recorded under Clerk's File No. 9774265, of the Fort Bend County Deed Records (F.B.C.D.R.), lying in the ELIJAH ROARK LEAGUE Survey, Abstract No. 77, in Fort Bend County, Texas, said 38.4163 Acre tract is more particularly described by metes and bounds as follows:

BEGINNING at the North Right-of-Way of Trammel - Fresno Road, (A Variable Width Right-of-Way as monument and occupied), at the Southwest corner of that certain 961.03 Acre tract of land conveyed to TEAL RUN, LTD & TEAL RUN No. 2, LTD by a deed recorded under Volume 1923, Page 988, F.B.C.D.R, from which a 5/8 Inch iron rod with a Cotton Cap found North, 1.98 feet, and West, 0.39 feet;

THENCE South 84 deg. 17 min. 58 sec. West, along the North Right-of-Way of said Trammel - Fresno Road, a distance of 380.11 feet to a point for corner, from which a 5/8 inch iron rod was found North, 0.15 feet, and East, 0.14 feet;

THENCE South 89 deg. 00 min. 32 sec. West, along the North Right-of-Way of said Trammel Fresno Road, a distance of 711.97 feet to a 5/8 inch iron rod found at a point for corner at the Southeast corner of that certain 6.269 Acre tract of land conveyed to HOUSTON LIGHTING AND POWER Co. by a deed recorded under Volume 495, Page 659, F.B.C.D.R,;

THENCE North 19 deg. 38 min. 12 sec. East, along the Southeast line of said 6.269 Acre tract of land, a distance of 3289.59 feet to a point for corner, from which a 5/8 inch iron rod with a Cotton Cap was found North, 0.08 feet;

Exhibit "A" (continued)

THENCE South 00 deg. 17 min. 18 sec. West, along the West line of said 961.03 Acre tract of land, a distance of 3049.90 feet to the POINT OF BEGINNING, containing within these calls 38.4163 Acres or 1,673,415 Square Feet of land as depicted on sheet 4 of 4 of a plat prepared by Donald K. Hall, R.P.L.S. No. 4070, dated November 20, 2000, revised February 13, 2001, and June 28, 2001.

TRACT 4:

BEING a 88.1380 acre tract situated in the Cochran and McCluer Survey, Abstract 191, Fort Bend County, Texas. Said 88.1380 acre tact being more particularly described by metes and bounds as follows (all bearings are referenced to the Texas Coordinate System, South Central Zone (NADB3):

BEGINNING at a ½-inch iron rod set for the southwest corner of said 88.1380 acre tract;

THENCE, North, along west property line, a distance of 747.53 feet to an angle point;

THENCE N 00° 00' 04" W, continuing along west property line, a distance of 399.98 feet to an angle point;

THENCE, N 00° 00' 01" E, continuing along west property line, a distance of 3,095.34 feet to an angle point;

THENCE, N 00° 00' 01" E, continuing along west property line, a distance of 1,389.79 feet to a point of curvature set for corner, same also being east property line of said 88.1380 acre tract;

THENCE, Southeasterly, continuing along east property line, with a curve to the right, having a radius of 1,453.39 feet, an arc length of 87.07', and a chord bearing of S 33° 53' 10" E, and a chord length of 87.06 feet to a point of curvature;

THENCE, Southeasterly, continuing along east property line, with a curve to the right, having a radius of 1,453.39 feet, an arc length of 99.64', a chord bearing of S 35° 36' 09" E and a chord length of 99.44 feet to an angle point;

THENCE, S 23° 57' 22" E, continuing along east property line, a distance of 871.96 feet to a point of curvature;

THENCE, Southeasterly, continuing along east property line, with a curve to the right, having a radius of 5,579.60 feet, on arc length of 4,878.69', a chord bearing of S 00° 45' 16" W and a chord length of 4664.89 feet to an angle point for the southeast corner of sold 88.1380 acre tract

THENCE, S 62° 06' 03" W, along the south property line, a distance of 69.12 feet to an angle point;

A-v

Exhibit "A" (continued)

THENCE, S 81° 15' 24" W, continuing along the south property line, a distance of 321.85 feet to an angle point;

THENCE, S 85° 22' 13" W, continuing along south property line, a distance of 19.91 feet to the POINT OF BEGINNING and containing 88.1380 acres and 383,9290.95 square feet;

Of 280.721 Acres or 12,228,230 Square Feet of land being part of that certain 565.1305 Acre tract of land conveyed to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed recorded under Clerk's File No. 2001122130, of the Fort Bend County Deed Records (F.B.C.D.R.) lying in the H. SHROPSHIRE Survey, Abstract No. 313, in Fort Bend County, Texas, said 280.721 Acre tract is more particularly described by metes and bounds as follows:

COMMENCING at a Railroad Spike found on a Wood Bridge at the Southwest corner of said H. SHROPSHIRE Survey, the North line of the ELIJAH ROARK LEAGUE Survey, Abstract No. 77, same being the Southeast corner of the DAVID BRIGHT LEAGUE Survey, Abstract No. 13;

THENCE North 00 deg. 22 min. 44 sec. East, along the East line of that certain 691.7412 Acre tract of land conveyed to GRADAN Inc. by a deed recorded under Volume 1021, Page 768, F.B.C.D.R., the West line of the H. SHROPSHIRE Survey, same being the East line of the DAVID BRIGHT LEAGUE Survey, a distance of 2322.25 feet to a 5/8 inch iron rod found at the POINT OF BEGINNING;

THENCE continuing North 00 deg. 22 min. 44 sec. East, along the East line of said 691.7412 Acre tract of land, the West line of the H. SHROPSHIRE Survey, same being the East line of the DAVID BRIGHT LEAGUE Survey, a distance of 2068.47 feet to a 5/8 inch iron rod found at a point for corner, from which a Fence post was found South 70 deg. West, a distance of 8.80 feet;

THENCE South 69 deg. 59 min. 55 sec. West, along the North line of that certain 46.3449 Acre tract of land conveyed to Gwendolyn Hutcheson, and Julie Hutcheson, etal by a deed recorded under Volume 2271, Page 1626, F.B.C.D.R., a distance of 1237.06 feet to a point for corner;

THENCE North 18 deg. 54 min. 05 sec. West, along the East line of that certain 12.620 Acre tract of land conveyed to the CITY OF MISSOURI CITY by a deed recorded under Volume 1943, Page 2541, F.B.C.D.R., a distance of 226.10 feet to a point for corner;

THENCE North 23 deg. 16 min. 47 sec. West, along the East line of said 12.620 Acre tract of land, a distance of 183.34 feet to a point for corner;

THENCE North 12 deg. 17 min. 00 sec. West, along the East line of that certain 36.599 Acre tract of land conveyed to the CITY OF MISSOURI CITY by a deed recorded under Volume 1943, Page 2541, F.B.C.D.R., a distance of 759.72 feet to a point for corner;

THENCE Northerly, along the East line of said 36.599 Acre tract of land, a distance of 389.96 feet along the arc of a curve to the right, said curve having a central angle of 34 deg. 22 min. 27 sec., a radius of 650.00 feet, a chord which bears North 04 deg. 54 min. 13 sec. East, and a chord distance of 384.14 feet to a point for corner;

THENCE North 22 deg. 05 min. 27 sec. East, along the East line of that certain 47.884 Acre tract of land conveyed to the CITY OF MISSOURI CITY by a deed recorded under Volume 1929, Page 1217, F.B.C.D.R., a distance of 260.36 feet to a point for corner;

THENCE Northerly, along the East line of said 47.884 Acre tract of land, a distance of 191.97 feet along the arc of a curve to the left, said curve having a central angle of 16 deg. 55 min. 17 sec., a radius of 650.00 feet, a chord which bears North 13 deg. 37 min. 48 sec. East, and a chord distance of 191.27 feet to a point for corner;

THENCE North 05 deg. 10 min. 10 sec. East, along the East line of said 47.884 Acre tract of land, a distance of 376.57 feet to a point for corner;

THENCE Northeasterly, along the East line of said 47.884 Acre tract of land, a distance of 550.11 feet along the arc of a curve to the right, said curve having a central angle of 65 deg. 39 min. 52 sec., a radius of 480.00 feet, a chord which bears North 38 deg. 00 min. 06 sec. East, and a chord distance of 520.49 feet to a point for corner;

THENCE North 70 deg. 50 min. 02 sec. East, along the East line of said 47.884 Acre tract of land, a distance of 138.16 feet to a point for corner;

THENCE Northeasterly, along the East line of said 47.884 Acre tract of land, a distance of 201.28 feet along the arc of a curve to the left, said curve having a central angle of 36 deg. 02 min. 18 sec., a radius of 320.00 feet, a chord which bears North 52 deg. 48 min. 53 sec. East, and a chord distance of 197.97 feet to a point for corner;

THENCE North 34 deg. 47 min. 44 sec. East, along the East line of said 47.884 Acre tract of land, a distance of 134.19 feet to a point for corner;

THENCE North 89 deg. 39 min. 42 sec. East, along the South line of THUNDERBIRD NORTH, according to the map or plat thereof recorded in Volume 14, Page 15, Fort Bend County Map Records (F.B.C.M.R.), at a distance of 591.80 feet pass a 2 inch iron pipe found at the East line of the DAVID BRIGHT LEAGUE Survey, same being the West line of the H. SHROPSHIRE Survey, continuing along the South line of QUAIL GLEN SUBDIVISION SECTION TWO, according to the map or plat thereof recorded in Volume 23, Page 12, F.B.C.M.R., a distance of 1644.89 feet to a point for corner at the Northwest corner of Restricted Reserve "B" of RICHLAND COMMUNICATION MISSOURI CITY TOWER SITE, according to the map or plat thereof recorded in Slide No. 1872B, F.B.C.M.R., from which a 1/2 inch iron rod was found West, 0.13 feet;

THENCE South 37 deg. 09 min. 42 sec. East, along the Southwest line of said Restricted Reserve "B" of RICHLAND COMMUNICATION MISSOURI CITY TOWER SITE, same being the Northeast line of a 10 foot Fort Bend County Municipal Utility District (F.B.C.M.U.D.). No. 45 Waterline Easement by a deed recorded under Volume 1223, Page 345, F.B.C.D.R, a distance of 2128.63 feet to a 1/2 inch iron rod found at a point for corner;

THENCE South 40 deg. 18 min. 27 sec. East, along the Southwest line of a certain 615 Sq. ft. tract of land, a distance of 4.08 feet to a point for corner at the most Northerly Northwest corner of Reserve "A" of SENIOR ROAD TALL TOWER, according to the map or plat thereof recorded in Slide No. 1840B, F.B.C.M.R., from which a 5/8 inch iron rod was found North, 0.10 feet, and West, 0.17 feet;

THENCE South 44 deg. 26 min. 49 sec. East, along the most Northerly Southwest line of said Reserve "A" of SENIOR ROAD TALL TOWER, a distance of 787.16 feet to a point for corner, from which a 5/8 inch iron rod was found West, 0.13 feet;

THENCE South 43 deg. 03 min. 52 sec. West, along the most Southerly Northwest line of said Reserve "A" of SENIOR ROAD TALL TOWER, a distance of 1715.58 feet to a 5/8 inch iron found at a point for corner;

THENCE South 59 deg. 58 min. 30 sec. East, along the most Southerly Southwest line of said Reserve "A" of SENIOR ROAD TALL TOWER, a distance of 412.45 feet to a 5/8 inch iron found at a point for corner;

THENCE South 66 deg. 14 min. 05 sec. West, along the Southeast line of a 50 foot GULF PIPELINE Co. & GULF PRODUCTION Co. Easement recorded under Volume 102, Page 419, and Volume 315, Page 629, F.B.C.D.R., a distance of 2304.53 feet to the POINT OF BEGINNING, containing within these calls 280.721 Acres or 12,228,230 Square Feet of land.

WITNESS MY HAND AND SEAL THIS THE ___15th___ DAY OF _____January_____ 2010.

_____
Donald K. Hall  Registered Professional Land Surveyor No. 4070

**VALUE TECHNOLOGIES,**
**SURVEYING & MAPPING**

14306 Summerwood Lakes Drive
Houston, Texas 77044-5078

STATE OF TEXAS
REGISTERED
DONALD K. HALL
4070
PROFESSIONAL
LAND SURVEYOR

Phone: (281) 225:8876
Fax: (281) 225:8877
JOB No.: 709#1012

**SPRING TRACE
CAD**

METES and BOUNDS DESCRIPTION

Of 2.469 Acres or 107,555 Square Feet of land being part of the remainder of that certain 1056.585 acre tract of land of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No. 2, near Humble, in Harris County, Texas, said 2.469 Acre tract of land of land is more particularly described by metes and bounds as follows:

COMMENCING at 5/8 inch iron rod found at the Southeast corner of that certain 275.5853 acre tract of land of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to SPRING TRACE ASSOCIATES LIMITED by a deed recorded under Clerk's File No. X012166, H.C.D.R., the Northeast corner of a 100 foot H.L.&P. Easement described in a deed recorded under Volume 2425, Page 694, H.C.D.R, the West Right-of-Way of BELTWAY 8 (a Variable Right-of-Way) described in a deed recorded under Volume 6631, Page 360, H.C.D.R , same being the East line of a 40 foot Houston Pipeline Easement described in a deed recorded under Clerk's File No. R998624, H.C.D.R,;

THENCE South 05 deg. 20 min. 26 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of said 40 foot Houston Pipeline Easement, a distance of 188.00 feet to a point for corner, from which a TXDOT with a brass cap was found North, 0.36 feet, and West, 0.51 feet;

THENCE South 05 deg. 42 min. 28 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of said 40 foot Houston Pipeline Easement, a distance of 1491.43 feet to a 5/8 inch iron rod found at the POINT OF BEGINNING;

THENCE continuing South 05 deg. 42 min. 28 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of said 40 foot Houston Pipeline Easement, a distance of 317.59 feet to a 5/8 inch iron rod found at a point for corner;

THENCE, Southwesterly, along the North Right-of-Way of said proposed WINFIELD DRIVE, a distance of 39.27 feet along the arc of a curve to the right, said curve having a central angle of 90 deg.00 min. 00 sec., radius of 25.00 feet, a chord which bears South 50 deg. 42 min. 28sec. West, and a chord distance 35.36 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 84 deg.17 min.32 sec. West, along the North Right-of-Way of said proposed WINFIELD DRIVE, a distance of 68.62 feet to a 5/8 inch iron rod found at a point for corner;

THENCE, Northwesterly, along the North Right-of-Way of proposed WINFIELD DRIVE (a 100' R.O.W.), a distance of 239.79 feet along the arc of a curve to the left, said curve having a central angle of 06 deg.42 min.07 sec., radius of 2050.00 feet, a chord which bears North 87 deg. 38 min. 36sec. West, and a chord distance 239.65 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 05 deg 41 min. 18sec. East, a distance of 311.66 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 88 deg 01 min. 18 sec. East, a distance of 335.98 feet to the POINT OF BEGINNING, containing within these calls 2.469 Acres or 107,555 Square Feet of land.

WITNESS MY HAND AND SEAL THIS THE _____ DAY OF _____ , 2006.

_____
Donald K. Hall  Registered Professional Land Surveyor No. 4070





14306 Summerwood Lakes Drive
Houston, Texas  77044-5078

Phone:  (281) 225:8876
Fax : (281) 225:8877
JOB No.:  302#987

METES and BOUNDS DESCRIPTION

Of 3.558 Acres or 154,995 Square Feet of land being part of the remainder of that certain 1056.585 acre tract of land of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No. 2, near Humble, in Harris County, Texas, said 3.558 Acre tract of land of land is more particularly described by metes and bounds as follows:

COMMENCING at 5/8 inch iron rod found at the Southeast corner of that certain 275.5853 acre tract of land of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to SPRING TRACE ASSOCIATES LIMITED by a deed recorded under Clerk's File No. X012166, H.C.D.R., the Northeast corner of a 100 foot H.L.&P. Easement described in a deed recorded under Volume 2425, Page 694, H.C.D.R, the West Right-of-Way of BELTWAY 8 (a Variable Right-of-Way) described in a deed recorded under Volume 6631, Page 360, H.C.D.R , same being the East line of a 40 foot Houston Pipeline Easement described in a deed recorded under Clerk's File No. R998624, H.C.D.R,;

THENCE South 05 deg. 20 min. 26 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of said 40 foot Houston Pipeline Easement, a distance of 188.00 feet to a point for corner, from which a TXDOT with a brass cap was found North, 0.36 feet, and West, 0.51 feet;

THENCE South 05 deg. 42 min. 28 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of said 40 foot Houston Pipeline Easement, a distance of 1959.02 feet to a 5/8 inch iron rod found at the POINT OF BEGINNING;

THENCE continuing South 05 deg. 42 min. 28 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of said 40 foot Houston Pipeline Easement, a distance of 313.75 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 84 deg.24 min.43 sec. West, a distance of 405.25 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 18 deg.12 min.44 sec. West, a distance of 316.50 feet to a 5/8 inch iron rod found at a point for corner;

THENCE, Northeasterly, along the South Right-of-Way of said proposed WINFIELD DRIVE, a distance of 443.77 feet along the arc of a curve to the right, said curve having a central angle of 13 deg. 02 min. 21 sec., radius of 1950.00 feet, a chord which bears North 89 deg. 11 min. 17 sec. East, and a chord distance 442.81 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 84 deg.17 min.32 sec. East, along the South Right-of-Way of said proposed WINFIELD DRIVE, a distance of 68.62 feet to a 5/8 inch iron rod found at a point for corner;

THENCE, Southeasterly, along the South Right-of-Way of said proposed WINFIELD DRIVE, a distance of 39.27 feet along the arc of a curve to the right, said curve having a central angle of 90 deg. 00 min. 00 sec., radius of 25.00 feet, a chord which bears South 39 deg. 17 min. 32 sec. East, and a chord distance 35.36 feet to the POINT OF BEGINNING, containing within these calls 3.558 Acres or 154,995 Square Feet of land.

WITNESS MY HAND AND SEAL THIS THE _____ DAY OF _____ , 2006.

_____
Donald K. Hall  Registered Professional Land Surveyor No. 4070





14306 Summerwood Lakes Drive
Houston, Texas  77044-5078

Phone:  (281) 225:8876
Fax : (281) 225:8877
JOB No.:  302#987

**SPRING TRACE
FUTURE**

METES and BOUNDS DESCRIPTION

Of 487.421 Acres or 21,232,050 Square Feet of land being all of that certain 487.421 Acre tract of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated June 21, 2005 and recorded under Clerk's File No. Y555186, of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No. 2, near Humble, in Harris County, Texas, said 487.421 Acre tract of land is more particularly described by metes and bounds as follows:

BEGINNING at a 1 inch galvanized iron pipe found at the Southeast corner of a 187 Foot H.L.&P. Easement described in a deed recorded under Volume 1608, Page 430, H.C.D.R., on the Southeast corner of the remainder of said 487.421 Acre tract, same being the North line of that certain 78.11 Acre tract of land conveyed from Don Wootten, Trustee to 315 VILLAGE OF KINGS LAKE LTD. by a deed dated May 9, 2002 and recorded under Clerk's File No. V801891, H.C.D.R.;

THENCE South 87 deg. 15 min. 06 sec. West, along the North line of said 78.11 Acre tract of land, at a distance of 187.02 feet pass the Southeast corner of a 170 Foot Harris County Flood Control District (H.C.F.C.D.) Drainage Easement described in a deed recorded under Clerk's File No. G781461, H.C.D.R., from which a 3/4 inch iron pipe was found South, 0.45 feet and East, 0.42 feet, and continuing in all a distance of 327.04 (Called 326.92) feet to a point for corner, from which a 1 inch Iron pipe was found East, 0.14 feet;

THENCE South 87 deg. 26 min. 39 sec. West, along the North line of KINGS LAKE FOREST, SECTION ONE, according to the map or plat thereof recorded in Volume 247, Page 34, of the Map Records of Harris County, Texas, a distance of 1629.86 (Called 1629.73) feet to a point for corner, from which a 5/8 inch iron rod was found East, 0.12 feet;

THENCE South 87 deg. 47 min. 10 sec. West, along the North line of a 40 Foot Harris County Municipal Utility District Drainage Easement described in a deed recorded under Clerk's File No. G608430, H.C.D.R., at a distance of 40.00 feet pass the Northeast corner of that certain 5.0000 Acre tract of land conveyed from L.H.P. CORPORATION to Reverend Joseph A. Fiorenza by a deed dated January 15, 1986 and recorded under Clerk's File No. K393421, H.C.D.R., from which a 3/4 inch iron pipe was found South, 0.15 feet and East, 0.41 feet, at a distance of 490.00 feet pass the Northeast corner the remainder of that certain 217.6886 Acre tract of land conveyed from VINA HOMES Inc. to L.H.P. CORPORATION by a deed dated January 15, 1986 and recorded under Clerk's File No. K400315, H.C.D.R., and continuing in all a distance of 3820.34 (Called 3820.54) feet to a 1 inch iron rod found at a point for corner;

THENCE North 02 deg. 12 min. 42 sec. West, along the East line of that certain 44.267 Acre tract of land conveyed from Ned B. Morris and Victor Lee Morris to the H.C.F.C.D. by a deed dated May 8, 1996 and recorded under Clerk's File No. R950753, H.C.D.R., same being the East line of the NICHOLAS BRADY Survey, Abstract No. 149, a distance of 444.02 (Called 442.02) feet to a point for corner, from which a 3/4 inch pinched top pipe was found South, 0.33 feet;

THENCE North 40 deg. 04 min. 21 sec. East, along the Southeast Right-of-Way of the BEAUMONT, SOUR LAKE & WESTERN RAILROAD described in a deed recorded under Volume 195, Page 54, H.C.D.R., a distance of 8651.22 (Called 8653.20) feet to a 3/4 inch iron rod found at a point for corner;

THENCE North 40 deg. 04 min. 42 sec. East, along the Southeast Right-of-Way of said BEAUMONT, SOUR LAKE & WESTERN RAILROAD, a distance of 1679.19 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 88 deg. 28 min. 47 sec. East, along the South line of a 60 Foot MAGNOLIA PIPELINE Easement described in a deed recorded under Clerk's File No. N742508, H.C.D.R., a distance of 51.15 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 40 deg. 04 min. 42 sec. West, along the Northwest line of a 10 foot H.C.F.C.D. Drainage Easement described as Parcel 2A in a deed recorded under Clerk's File No. L417725, H.C.D.R., same being 40 feet Southeast of the Southeast Right-of-Way of said BEAUMONT, SOUR LAKE & WESTERN RAILROAD, distance of 1755.61 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 01 deg. 50 min. 51 sec. East, along the West line of the remainder of that certain 1056.585 acre tract of land of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, H.C.D.R., same being the East Right-of-Way of said 187 Foot H.L.&P. Easement, at a distance of 1250.14 feet pass a 5/8 inch iron rod found at the Northwest corner of that certain 47.084 Acre tract of land conveyed from JACINTOPORT CORPORATION to HOUSTON LIGHTING & POWER by a deed dated December 16, 1980 and recorded under Clerk's File No. G800572, H.C.D.R., at a distance of 2650.14 feet pass the Southwest corner of said 47.084 Acre tract of land, from which a 5/8 inch iron rod was found North, 0.57 feet, and West, 0.19 feet, and continuing in all a distance of 2700.14 feet to a 5/8 inch iron rod found at a point for

corner;

THENCE North 88 deg. 03 min. 20 sec. East, along the South line of the remainder of said 1056.585 acre tract of land, the North line of said 487.421 acre tract of land, same being 50 feet South of the South line of said 47.084 Acre tract of land, a distance of 2241.88 feet to a 5/8 inch iron rod found at a point for corner;

THENCE Northeasterly, a distance of 33.31 feet along the arc of a curve to the left, along the South line of the remainder of said 1056.585 acre tract of land, same being the North line of said 487.421 acre tract of land, said curve having a radius of 30.00 feet, a central angle of 63°36'47", a chord which bears North 29°26'06" East, and a chord distance of 31.62 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 02 deg. 22 min. 17 sec. East, along the West Right-of-Way of LOCKWOOD ROAD (a 80 foot Right-of-Way) described in a deed recorded under Volume 825, Page 417, H.C.D.R., same being the East line of said 487.421 acre tract of land, a distance of 77.00 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 88 deg. 03 min. 20 sec. West, along the South line of said 487.421 acre tract of land, the North line of the of that certain 209.630 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to ELAN DEVELOPMENT by a deed recorded under Clerk's File No. Y587557, H.C.D.R., same being the North line of a 240 foot H.L.&P. Easement described in a deed recorded under Volume 7839, Page 354, H.C.D.R., a distance of 2259.00 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 01 deg. 50 min. 51 sec. East, along the East Right-of-Way of said 187 Foot H.L.&P. Easement, the West line of said 209.630 acre tract of land, same being the East line of the remainder of said 487.421 acre tract of land , a distance of 4021.48 feet to the POINT OF BEGINNING, containing within these calls 487.421 Acres or 21,232,050 Square Feet of land, as depicted on a plat prepared by Donald K. Hall, R.P.L.S. No. 4070, dated July 25, 2006.


WITNESS MY HAND AND SEAL THIS THE _25 TH_ DAY OF _____July_____ , 2006.


Donald K. Hall  Registered Professional Land Surveyor No. 4070.


**VALUE TECHNOLOGIES.**
**SURVEYING & MAPPING**

14306 Summerwood Lakes Drive
Houston, Texas 77044-5078

STATE OF TEXAS
REGISTERED
DONALD K. HALL
4070
PROFESSIONAL
LAND SURVEYOR

Phone:  (281) 225:8876
Fax : (281) 225:8877
JOB No.: 302#987

## SPRING TRACE INDUSTRIAL

METES and BOUNDS DESCRIPTION

Of 156.661 Acres or 6,824,170 Square Feet of land being part of that certain 1056.585 acre tract of land of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No. 2, near Humble, in Harris County, Texas, said 156.661 Acre tract of land of land is more particularly described by metes and bounds as follows:

BEGINNING at a point on the West Right-of-Way of LOCKWOOD ROAD (a 80 foot Right-of-Way) described in a deed recorded under Volume 825, Page 417, H.C.D.R., same being the Southeast Right-of-Way of the BEAUMONT, SOUR LAKE & WESTERN RAILROAD described in a deed recorded under Volume 195, Page 54, H.C.D.R., from which a 1 inch iron pipe was found South, 0.21 feet, and East, 1.01 feet;

THENCE South 02 deg. 22 min. 17 sec. East, along the West Right-of-Way of said LOCKWOOD ROAD, a distance of 5191.17 feet to a 5/8" iron rod found at a point for corner;

THENCE Southwesterly, a distance of 33.31 feet along the arc of a curve to the right, along the most Southerly North line of that certain 487.421 Acre tract of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated June 21, 2005 and recorded under Clerk's File No. Y555186, H.C.D.R., said curve having a radius of 30.00 feet, a central angle of 63°36'47", a chord which bears South 29°26'06" West, and a chord distance of 31.62 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 88 deg. 03 min. 20 sec. West, along the most Southerly North line of said 487.421 Acre tract of land, a distance of 2241.88 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 01 deg. 50 min. 51 sec. West, along the East line of a 187 Foot H.L.&P. Easement described in a deed recorded under Volume 1608, Page 430, H.C.D.R., same being the East line of said 487.421 Acre tract of land, a distance of 50.00 feet to a point for corner, from which a 5/8 inch iron rod was found North, 0.57 feet, and West, 0.19 feet;

THENCE North 88 deg. 03 min. 20 sec. East, along the South line of that certain 47.084 Acre tract of land conveyed from JACINTOPORT CORPORATION to HOUSTON LIGHTING & POWER by a deed dated December 16, 1980 and recorded under Clerk's File No. G800572, H.C.D.R., same being the North line of a 100 foot H.L.&P. Easement described in a deed recorded under volume 2425, Page 694, H.C.D.R., a distance of 1464.68 feet to a point for corner, from which a 5/8 inch iron rod was found North, 0.08 feet, and East, 0.22 feet;

THENCE North 01 deg. 50 min. 51 sec. West, along the East line of a said 47.084 Acre tract of land, a distance of 1400.00 feet to a point for corner, from which a 3/4 inch iron rod was found East, 0.17 feet;

THENCE South 88 deg. 03 min. 20 sec. West, along the North line of said 47.084 Acre tract of land, a distance of 1464.68 feet to 5/8 inch iron rod found at a point for corner;

THENCE North 01 deg. 50 min. 51 sec. West, along the East line of said 187 Foot H.L.&P. Easement, same being the East line of said 487.421 Acre tract of land, a distance of 1250.14 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 40 deg. 04 min. 42 sec. East, along the Northwest line of a 10 foot Harris County Flood Control District Drainage Easement described as Parcel 2A in a deed recorded under Clerk's File No. L417725, H.C.D.R., same being 40 feet Southeast of the Southeast Right-of-Way of said BEAUMONT, SOUR LAKE & WESTERN RAILROAD, distance of 1755.61 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 88 deg. 28 min. 47 sec. West, along the South line of a 60 Foot MAGNOLIA PIPELINE Easement described in a deed recorded under Clerk's File No. N742508, H.C.D.R., a distance of 51.15 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 40 deg. 04 min. 42 sec. East, along the Southeast Right-of-Way of said BEAUMONT, SOUR LAKE & WESTERN RAILROAD, distance of 1629.60 feet to POINT OF BEGINNING, containing within these calls 156.661 Acres or 6,824,170 Square Feet of land, Save and Except 0.138 Acres or 6,000 Square Feet of land, being described in a Deed recorded under Clerk's File No. N742507, H.C.D.R., said 0.138 Acre tract of land is more particularly described by the metes and bounds as follows:

COMMENCING at a point on the West Right-of-Way of said LOCKWOOD ROAD, same being the Southeast Right-of-Way of said BEAUMONT, SOUR LAKE & WESTERN RAILROAD, from which a 1 inch iron pipe was found South, 0.21 feet,

and East, 1.01 feet;

THENCE South 02 deg. 22 min. 17 sec. East, along the West Right-of-Way of said LOCKWOOD ROAD, a distance of 1247.18 (Called 1246.78) feet to a 1/2 inch iron rod with a cap found at a point for corner;

THENCE North 88 deg. 28 min. 47 sec. West, a distance of 59.91 feet to a 5/8 inch iron rod found at THE POINT OF BEGINNING;

THENCE South 01 deg. 31 min. 13 sec. West, a distance of 30.00 feet to a 1/2 inch iron rod with a cap found at a point for corner;

THENCE North 88 deg. 28 min. 47 sec. West, along the South line of a 60 foot MAGNOLIA PIPELINE Easement described in a deed recorded under Clerk's File No. N742508, H.C.D.R., a distance of 100.00 feet to a 1/2 inch iron rod with a cap found at a point for corner;

THENCE North 01 deg. 31 min. 13 sec. East, a distance of 60.00 feet to a 1/2 inch iron rod with a cap found at a point for corner;

THENCE South 88 deg. 28 min. 47 sec. East, along the North line of said 60 foot MAGNOLIA PIPELINE Easement, a distance of 100.00 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 01 deg. 31 min. 13 sec. West, a distance of 30.00 feet to POINT OF BEGINNING, containing within these calls 0.138 Acres or 6,000 Square Feet of land, as depicted by a plat prepared by Donald K. Hall, R.P.L.S. No. 4070 dated July 25, 2006.

WITNESS MY HAND AND SEAL THIS THE *25TH* DAY OF _____*June*_____, 2006.

Donald K. Hall  Registered Professional Land Surveyor No. 4070

**VALUE TECHNOLOGIES,**
**SURVEYING & MAPPING**

14306 Summerwood Lakes Drive
Houston, Texas 77044-5078

STATE OF TEXAS
REGISTERED
DONALD K. HALL
4070
PROFESSIONAL
LAND SURVEYOR

Phone: (281) 225-8876
Fax : (281) 225-8877
JOB No.: 302#987

RE   NTO:

PARTNERS TITLE COMPANY
5851 San Felipe, Suite 150
Houston, TX 77057-8010

271500480

**SPRING TRACE
RESIDENTIAL**

**"NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER."**

20070699260
11/27/2007  RP3  $108.00

DEED OF TRUST AND SECURITY AGREEMENT

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

That the undersigned, **MARHABA PARTNERS LIMITED PARTNERSHIP**, a Texas limited partnership, whose address for notice hereunder is 1499 Potomac, Houston, Texas 77057 (hereinafter called the "Grantor"), in consideration of TEN AND NO/100 DOLLARS ($10.00) cash in hand paid by James M. Outlaw, Jr., Trustee (hereinafter called the "Trustee"), the receipt of which payment is hereby acknowledged and confessed, and of the debt and trust hereinafter mentioned, has GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY unto the Trustee, and unto the successor or substitute Trustee hereinafter provided, the following property situated in FORT BEND County, Texas, to-wit:

Of 281.0977 Acres or 12,244,615 Square Feet of land being all of that certain 281.0977 acre tract of land conveyed from SPRING TRACE ASSOCIATES LIMITED to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed recorded under Clerk's File No. Y879036, of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No. 2, near Humble, in Harris County, Texas, said 281.0977 Acre tract of land is more particularly described by metes and bounds as follows:

COMMENCING at a 3/4 inch iron pipe found on the East Right-of-Way of LOCKWOOD ROAD (a 80 foot Right-of-Way) described in a deed recorded under Volume 825, Page 417, H.C.D.R., same being the Northwest corner of that certain 72.963 acre tract of land conveyed from KOCH EXPLORATION COMPANY, LLC to KOCH SPECIALITY PLANT SERVICES, INC. by a deed dated January 14, 2002 and recorded under Clerk's File No. N534466, H.C.D.R.;

THENCE North 02 deg. 22 min. 17 sec. West, along the East Right-of-Way of said LOCKWOOD ROAD, a distance of 4097.29 feet to a 5/8 inch iron rod found at the POINT OF BEGINNING;

THENCE continuing North 02 deg. 22 min. 17 sec. West, along the East Right-of-Way of said LOCKWOOD ROAD, a distance of 3973.40 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 88 deg. 27 min. 16 sec. East, along the South line of that certain 67.200 acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to HUMBLE INDEPENDENT SCHOOL DISTRICT by a deed recorded under Clerk's File No. Y780911, H.C.D.R., at a distance of 1271.77 feet pass a 5/8 inch iron rod with a cap found at the Southwest corner of that certain 5.034 acre Storm Drainage and Detention Pond Easement by a deed recorded under Clerk's File No. Z321655, H.C.D.R., continuing along the South line of said 5.034 acre Storm Drainage and Detention Pond Easement, at a distance of 1662.39 feet pass a 5/8 inch iron rod with a cap found at the Southwest corner of that certain 4.848 acre tract of land being part of the remainder of that certain 1056.585 Acre tract of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, H.C.D.R., continuing along the South line of said 4.848 acre tract of land, at a distance fo 2151.97 feet pass a 5/8 inch iron rod with a cap found at the West Right-of-Way of the PROPOSED EXTENSION OF WEST LAKE HOUSTON PARKWAY (100 foot R.O.W. at this point), continuing along the North line of said 281.0977 acre tract of land, at a distance of 2288.36 pass a 5/8 inch iron rod with a cap found at the Southwest corner of that certain 0.848 acre tract of land being part of the remainder of said 1056.585 Acre tract of land, continuing along the South line of said 0.848 acre tract of land, at a distance of 2573.59 feet pass a 5/8 inch iron rod with a cap found at the Southwest corner of that certain 8.386 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to LASCO SPRING TRACE RETAIL PARTNERS, LTD. by a deed dated January 27, 2005 and recorded under Clerk's File No. Y220409, H.C.D.R., same being Restricted Reserve "B" of SPRING TRACE CENTER, according to the map or plat thereof recorded in Volume 606 Page 125, of the Map Records of Harris County, Texas, continuing along the South line of said 8.386 Acre tract of land, same being the South line of Restricted Reserve "B" of said SPRING TRACE CENTER, at a distance of 3196.18 pass a 5/8 inch iron rod with a cap found at the Southwest corner of that certain 2.752 Acre tract of land described under Clerk's File No. 20060052116, H.C.D.R., continuing along the

-2-

South line of said 2.752 Acre tract of land, same being the South line of Restricted Reserve "B" of said SPRING TRACE CENTER, in all a distance of 3367.13 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 84 deg. 33 min. 16 sec. East, along the South line of said 2.752 Acre tract of land, same being the South line of Restricted Reserve "B" of said SPRING TRACE CENTER, a distance of 57.19 feet to a 5/8 inch iron rod found at a point for corner;

THENCE Southerly, a distance of 100.92 feet along the arc of a curve to the right, along the West Right-of-Way of BELTWAY 8 (a Variable Right-of-Way) described in a deed recorded under Volume 6631, Page 360, H.C.D.R., same being the East line of said 281.0977 acre tract of land, said curve having a radius of 2714.79 feet, a central angle of 02°07'47", a chord which bears South 04°40'14" West, and a chord distance of 100.91 feet to a point for corner, from which a 5/8 inch iron rod was found North, 0.12 feet, and West, 0.08 feet;

THENCE South 05 deg. 44 min. 07 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of a 40 foot Houston Pipeline Easement described in said deed recorded under Clerk's File No. R998624, H.C.D.R., a distance of 879.65 feet to a point for corner, from which a 5/8 inch iron rod was found West, 0.20 feet;

THENCE South 05 deg. 20 min. 26 sec. West, along the West Right-of-Way of said BELTWAY 8, same being the East line of said 40 foot Houston Pipeline Easement, a distance of 2811.65 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 88 deg. 03 min. 20 sec. West, along the North line of a 100 foot H.L.&P. Easement described in a deed recorded under Volume 2425, Page 694, H.C.D.R., same being the North line of that certain 239.206 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to ELAN DEVELOPMENT by a deed recorded under Clerk's File No. Y587557, H.C.D.R., a distance of 2902.28 feet to the POINT OF BEGINNING, containing within these calls 281.0977 Acres or 12,244,615 Square Feet of land,

together with all buildings and other improvements thereon and hereafter placed thereon, and all fixtures, materials, equipment, apparatus, furniture, furnishings and other property, real and

**SPRING TRACE**
**RETAIL CENTER**

METES and BOUNDS DESCRIPTION
TRACT 1

Of 55.183 Acres or 2,403,775 Square Feet of land being part of that certain 60.431 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to LASCO SPRING TRACE RETAIL PARTNERS, LTD. by a deed dated January 27, 2005 and recorded under Clerk's File No. Y220409, of the Deed Records of Harris County, Texas (H.C.D.R.), and being out of Block 1 of Restricted Reserve "A" of SPRING TRACE CENTER, according to the map or plat thereof recorded in Volume 606 Page 125, of the Map Records of Harris County, Texas (H.C.M.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No. 2, near Humble, in Harris County, Texas, said 55.183 Acre tract is more particularly described by metes and bounds as follows:

BEGINNING at the Northeast corner of said 60.431 Acre tract of land, the Northwest corner of that certain 5.063 acre tract of land (Parcel 107 for the purpose of widening of BELTWAY 8) described in a deed recorded under Clerk's File No. L302825, H.C.D.R., the most Northerly North corner of a 10 foot Southwestern Bell Easement described in a deed recorded under Volume 5462, Page 439, H.C.D.R., the Southeast Right-of-Way of BEAUMONT, SOUR LAKE & WESTERN RAILROAD described in a deed recorded under Volume 195, Page 54, H.C.D.R., same being the Northeast corner of Block 1 of Restricted Reserve "A" of said SPRING TRACE CENTER, from which a TXDOT with a brass cap was found South, 0.38 feet, and East 0.28 feet;

THENCE South 50 deg. 29 min. 35 sec. East, along the Southwest line of said 5.063 acre tract of land, a distance of 250.04 feet to a point for corner, from which a TXDOT with a brass cap was found South, 0.24 feet;

THENCE South 51 deg. 37 min. 42 sec. East, along the Southwest line of said 5.063 acre tract of land, a distance of 259.06 feet to a point for corner, from which a TXDOT with a brass cap was found South, 0.25 feet, and East, 0.10 feet;

THENCE South 58 deg. 50 min. 10 sec. East, along the Southwest line of said 5.063 acre tract of land, at a distance of 42.36 feet pass the Northwest cutback corner of PROPOSED SUMMER CREEK TRACE, (a 80 foot R.O.W.), from which a 5/8 inch iron rod with a cap was found North, 0.10 feet, and East, 0.15 feet, continuing along the Southwest line of said 5.063 acre tract of land, at a distance of 173.69 feet pass the Northeast cutback corner of said PROPOSED SUMMER CREEK TRACE, from which a 5/8 inch iron rod with a cap was found North, 0.15 feet, and East, 0.09 feet, continuing along the Southwest line of said 5.063 acre tract of land, in all a distance of 673.06 feet to a 5/8 inch iron rod found at a point for corner, from which a 3/8 inch iron rod was found North, 4.80 feet, and East, 7.76 feet;

THENCE Southeasterly, along the Southwest line of said 5.063 acre tract of land, a distance of 273.87 feet along the arc of a curve to the right, said curve having a central angle of 11 deg. 03 min. 33 sec., radius of 1418.89 feet, a chord which bears South 53 deg. 18 min. 24 sec. East, and a chord distance 273.45 feet to a point for corner, from which a TXDOT with a brass cap was found North, 0.22 feet;

THENCE, Southeasterly, along the Southwest line of said 5.063 acre tract of land, a distance of 779.40 feet along the arc of a curve to the right, said curve having a central angle of 16 deg. 45 min. 29 sec, radius of 2664.79 feet, a chord which bears South 39 deg. 23 min. 53 sec. East, and a chord distance 776.63 feet to a point for corner, from which a Mag Nail was found East, 0.12 feet;

THENCE South 60 deg. 14 min. 59 sec. West, along the North line of that certain 2.818 Acre tract of land conveyed from LASCO SPRING TRACE RETAIL PARTNERS, LTD. to FALL CREEK FITNESS PARTNERS, LTD. by a deed dated March 2, 2009 and recorded under Clerk's File No. 20090141895, H.C.D.R., a distance of 275.65 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Southeasterly, along the West line of said 2.818 Acre tract of land, same being the East line of a 25 foot Sanitary Sewer Easement by a deed recorded under Clerk's File No. 20070042789, H.C.D.R., at a distance of 417.28 feet pass the Northwest corner of that certain 1.019 Acre tract of land conveyed from LASCO SPRING TRACE RETAIL PARTNERS, LTD. to CSB SPRING TRACE PARTNERS, LTD. by a deed dated April 24, 2008 and recorded under Clerk's File No. 20080279738, H.C.D.R., continuing along the West line of said 1.019 Acre

tract of land, same being the East li:  of said 25 foot Sanitary Sewer Easement,  a distance of 571.41 feet pass the Northwest corner of that certain 1.;11 Acre tract of land conveyed from L/..CO SPRING TRACE RETAIL PARTNERS, LTD. to BELTWAY 8 WESTLAKE HOLDINGS, LP by a deed dated April 3, 2007 and recorded under Clerk's File No. 20070199165, H.C.D.R., from which a 1/2 inch iron rod with a cap was found West, 0.13 feet, continuing along the West line of said 1.411 Acre tract of land, same being the East line of said 25 foot Sanitary Sewer Easement, in all a distance of 783.08 feet along the arc of a curve to the right, said curve having a central angle of 19 deg. 09 min. 30 sec., radius of 2341.92 feet, a chord which bears South 21 deg. 36 min. 58 sec. East, and a chord distance 779.44 feet to a "X" in concrete found at a point for corner;

THENCE, Southwesterly, along the Northwest Right-of-Way of WEST LAKE HOUSTON PARKWAY (a variable R.O.W. at this point, Volume 624, Page 60, H.C.M.R.), a distance of 434.60 feet along the arc of a curve to the left, said curve having a central angle of 19 deg. 45 min. 44 sec., radius of 1260.02 feet, a chord which bears South 68 deg. 01 min. 20 sec. West, and a chord distance 432.46 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE South 58 deg. 08 min. 28 sec. West, along the Northwest Right-of-Way of said WEST LAKE HOUSTON PARKWAY, a distance of 166.21 feet to a 5/8 inch iron rod with a cap found at point for corner;

THENCE, Northwesterly, along the West line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, same being the East line of a 8.878 Acre tract of land being part of the remainder of that certain 1056.585 Acre tract of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, a distance of 44.01 feet along the arc of a curve to the left, said curve having a central angle of 01 deg. 21 min. 16 sec., radius of 1861.77 feet, a chord which bears North 07 deg. 06 min. 15 sec. West, and a chord distance 44.01 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Northwesterly, along the West line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, same being the East line of said 8.878 Acre tract of land, a distance of 151.58 feet along the arc of a curve to the left, said curve having a central angle of 04 deg. 03 min. 06 sec., radius of 2143.52 feet, a chord which bears North 10 deg. 06 min. 05 sec. West, and a chord distance 151.55 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Northwesterly, along the West line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, same being the East line of said 8.878 Acre tract of land, a distance of 195.65 feet along the arc of a curve to the left, said curve having a central angle of 05 deg. 41 min. 27 sec., radius of 1969.78 feet, a chord which bears North 17 deg. 52 min. 08 sec. West, and a chord distance 195.56 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE North 49 deg. 55 min. 18 sec. West, along the Southwest line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, same being the Northeast line of said 8.878 Acre tract of land, at a distance of 688.79 feet pass a 5/8 inch iron rod with a cap found at the Northeast corner of a 3.448 Acre tract of land conveyed to HARRIS COUNTY MUD 402 by a deed recorded in Clerk's File No. 20080595790, H.C.D.R., continuing along the Southwest line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, same being the Northeast line of said 3.448 Acre tract of land, at a distance of 943.92 feet pass the most Northerly Southeast corner of that certain 67.200 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to HUMBLE INDEPENDENT SCHOOL DISTRICT by a deed dated September 21, 2005 and recorded under Clerk's File No. Y780911, H.C.D.R., same being the most Northerly Southeast corner of Block 1 of Restricted Reserve "A" of HUMBLE ISD HIGH SCHOOL No 6, according to the map or plat thereof recorded in Volume 621 Page 248, H.C.M.R., from which a 5/8 inch iron rod with a cap was found East, 0.15 feet, continuing along the Southwest line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, the Northeast line of said 67.200 Acre tract of land, same being the Northeast line of Block 1 of Restricted Reserve "A" of said HUMBLE ISD HIGH SCHOOL No 6, in all a distance of 1008.02 feet to a point for corner, from which a 5/8 inch iron rod with a cap was found North, 0.08 feet;

THENCE North 40 deg. 04 min. 42 sec. East, along the Northwest line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, the Southeast line of Block 1 of Restricted Reserve "A" of said HUMBLE ISD HIGH

SCHOOL No 6, same being the Southeast line of said 67.200 Acre tract of land, a distance of 100.00 feet to a point for corner, from which a 5/8 inch iron rod with a cap was found East, 0.08 feet;

THENCE North 49 deg. 55 min. 18 sec. West, along the Southwest line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER, the Northeast line of Block 1 of Restricted Reserve "A" of said HUMBLE ISD HIGH SCHOOL No 6, same being the Northeast line of said 67.200 Acre tract of land, a distance of 1224.99 feet to a point for corner, from which a 5/8 inch iron rod was found South, 0.18 feet, and East, 0.37 feet;

THENCE North 40 deg. 04 min. 42 sec. East, along the Northwest line of said 60.431 Acre tract of land , the Northwest line of Block 1 Restricted Reserve "A" of said SPRING TRACE CENTER the Southeast Right-of-Way of said BEAUMONT, SOUR LAKE & WESTERN RAILROAD, same being the Northwest line of said 10 foot Southwestern Bell Easement, a distance of 848.82 feet to the POINT OF BEGINNING, containing within these calls 55.183 Acres or 2,403,775 Square Feet of land, as depicted on a plat prepared by Donald K. Hall, R.P.L.S. No. 4070, dated August 17, 2009, and revised October 20, 2009.

METES AND BOUNDS DESCRIPTION
TRACT 2

Of 5.634 Acres or 245,405 Square Feet of land being part of that certain 8.386 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to LASCO SPRING TRACE RETAIL PARTNERS, LTD. by a deed dated January 27, 2005 and recorded under Clerk's File No. Y220409, of the Deed Records of Harris County, Texas (H.C.D.R.), and being out of Restricted Reserve "B" of SPRING TRACE CENTER, according to the map or plat thereof recorded in Volume 606 Page 125, of the Map Records of Harris County, Texas, lying in the VICTOR BLANCO FIVE LEAGUE GRANT, Abstract No. 2, near Humble, in Harris County, Texas, said 5.634 Acre tract is more particularly described by metes and bounds as follows:

BEGINNING at a 5/8 inch iron rod with a cap found at the Southwest corner of said 8.386 Acre tract of land, the Southwest corner of Restricted Reserve "B" of said SPRING TRACE CENTER, the Southeast corner of a 0.848 Acre tract of land being part of the remainder of that certain 1056.585 Acre tract of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, H.C.D.R., same being the North line of that certain 281.0977 Acre tract of land conveyed from SPRING TRACE ASSOCIATES LIMITED to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed recorded under Clerk's File No. Y879036, H.C.D.R.;

THENCE, Northerly, along the West line of Restricted Reserve "B" of said SPRING TRACE CENTER, same being the East line of said 0.848 Acre tract of land, a distance of 239.81 feet along the arc of a curve to the left, said curve having a central angle of 07 deg. 22 min. 49 sec., radius of 1861.77 feet, a chord which bears North 00 deg. 44 min. 48 sec. East, and a chord distance 239.64 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Northeasterly, along the South Right-of-Way of WEST LAKE HOUSTON PARKWAY (100 foot R.O.W. at this point, Volume 624, Page 60, H.C.M.R.), same being the North line of Restricted Reserve "B" of said SPRING TRACE CENTER, distance of 141.37 feet along the arc of a curve to the right, said curve having a central angle of 04 deg. 09 min. 14 sec., radius of 1950.00 feet, a chord which bears North 58 deg. 41 min. 57 sec. East, and a chord distance 141.34 feet to a Mag Nail in concrete found at a point for corner;

THENCE, Northeasterly, along the South Right-of-Way of the said WEST LAKE HOUSTON PARKWAY (variable foot R.O.W. at this point), same being the North line of Restricted Reserve "B" of said SPRING TRACE CENTER, a distance of 479.44 feet along the arc of a curve to the right, said curve having a central angle of 18 deg. 18 min. 47 sec., radius of 1500.00 feet, a chord which bears North 69 deg. 55 min. 57 sec. East, and a chord distance 477.40 feet to a 5/8 inch iron rod found at a point for corner;

THENCE North 79 deg. 05 min. 21 sec. East, along the South Right-of-Way of the said WEST LAKE HOUSTON PARKWAY (variable foot R.O.W. at this point), same being the North line of Restricted Reserve "B" of said SPRING TRACE CENTER, a distance of 32.61 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Southerly, along the West line of that certain 2.752 Acre tract of land described as a RELEASE OF LIEN under Clerk's File No. 20060052116, H.C.D.R., a distance of 500.98 feet along the arc of a curve to the right, said curve having a central angle of 11 deg. 25 min. 03 sec., radius of 2514.01 feet, a chord which bears South 02 deg. 04 min. 00 sec. East, and a chord distance 500.15 feet to a 5/8 inch ion rod with a cap found at a point for corner;

THENCE North 88 deg. 27 min. 16 sec. West, along the South line of Restricted Reserve "B" of said SPRING TRACE CENTER , same being the North line of said 281.0977 Acre tract of land, a distance of 622.59 feet to the POINT OF BEGINNING, containing within these calls 5.634 Acres or 245,405 Square Feet of land, as depicted on a plat prepared by Donald K. Hall, R.P.L.S. No. 4070, dated August 17, 2009, and revised October 20, 2009.

METES and BOUNDS DESCRIPTION
TRACT 3

Of 0.848 Acres or 36,960 Square Feet of land being part of the remainder of that certain 1056.585 Acre tract of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT Survey, Abstract 2, in Houston, Harris County, Texas, said 0.848 Acre tract is more particularly described by metes and bounds as follows:

BEGINNING at a 5/8 inch iron rod with a cap found at the Southwest corner of that certain 8.386 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to LASCO SPRING TRACE RETAIL PARTNERS, LTD. by a deed dated January 27, 2005 and recorded under Clerk's File No. Y220409, H.C.D.R., the Southwest corner of Restricted Reserve "B" of SPRING TRACE CENTER, according to the map or plat thereof recorded in Volume 606 Page 125, of the Map Records of Harris County, Texas, the same being the North line of that certain 281.0977 Acre tract of land conveyed from SPRING TRACE ASSOCIATES LIMITED to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed recorded under Clerk's File No. Y879036, H.C.D.R.;

THENCE North 88 deg. 27 min. 16 sec. West, along the South line of the remainder of said 1056.585 Acre tract of land, same being the North line of said 281.0977 Acre tract of land, a distance of 285.23 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Northeasterly, along the Southeast Right-of-Way of WEST LAKE HOUSTON PARKWAY (a 100 foot R.O.W. at this point), a distance of 370.53 feet along the arc of a curve to the right, said curve having a central angle of 10 deg. 53 min. 13 sec., a radius of 1950.00 feet, a chord which bears North 51 deg. 10 min. 44 sec. East, and a chord distance 369.97 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Southwesterly, along the West line of said 8.386 Acre tract of land, the West line of Restricted Reserve "B" of said SPRING TRACE CENTER, a distance of 239.81 feet along the arc of a curve to the right, said curve having a central angle of 07 deg. 22 min. 49 sec., a radius of 1861.77 feet, a chord which bears South 00 deg. 44 min. 48 sec. West, and a chord distance 239.64 feet to the POINT OF BEGINNING, containing within these calls 0.848 Acres or 36,960 Square Feet of land, as depicted on a plat prepared by Donald K. Hall, R.P.L.S. No. 4070, dated August 30, 2007.

METES and BOUNDS DESCRIPTION
TRACT 4

Of 8.878 Acres or 386,740 Square Feet of land being part of the remainder of that certain 1056.585 Acre tract of land conveyed from MEMORIAL HERMANN HOSPITAL SYSTEM to MARHABA PARTNERS LIMITED PARTNERSHIP by a deed dated September 10, 2003 and recorded under Clerk's File No. X012162, of the Deed Records of Harris County, Texas (H.C.D.R.), lying in the VICTOR BLANCO FIVE LEAGUE GRANT Survey, Abstract 2, in Houston, Harris County, Texas, said 8.878 Acre tract is more particularly described by metes and bounds as follows:

BEGINNING at a 5/8 inch iron rod with a cap found at the Southwest corner of that certain 60.431 Acre tract of land conveyed from MARHABA PARTNERS LIMITED PARTNERSHIP to LASCO SPRING TRACE RETAIL PARTNERS, LTD. by a deed dated January 27, 2005 and recorded under Clerk's File No. Y220409, H.C.D.R., the Southwest corner of Restricted Reserve "A" of SPRING TRACE CENTER, according to the map or plat thereof recorded in Volume 606 Page 125, of the Map Records of Harris County, Texas, same being the Northwest Right-of-Way of the WEST LAKE HOUSTON PARKWAY (a 100 foot R.O.W. at this point);

THENCE, Southwesterly, along the Northwest Right-of-Way of said WEST LAKE HOUSTON PARKWAY, a distance of 216.59 feet along the arc of a curve to the left, said curve having a central angle of 06 deg. 03 min. 12 sec., radius of 2050.00 feet, a chord which bears South 55 deg. 06 min. 52 sec. West, and a chord distance 216.48 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Northwesterly, along the Northeast intersection of the Northwest Right-of-Way of said WEST LAKE HOUSTON PARKWAY and the Northeast Right-of-Way of WECKFORD BOULEVARD (a 60 foot R.O.W.), a distance of 38.61 feet along the arc of a curve to the right, said curve having a central angle of 88 deg. 28 min. 52 sec., radius of 25.00 feet, a chord which bears North 83 deg. 40 min. 18 sec. West, and a chord distance 34.88 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE North 39 deg. 25 min. 52 sec. West, along the Northeast Right-of-Way of said WECKFORD BOULEVARD, a distance of 44.19 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Northwesterly, along the Northeast Right-of-Way of said WECKFORD BOULEVARD, a distance of 545.14 feet along the arc of a curve to the left, said curve having a central angle of 30 deg. 19 min. 28 sec., a radius of 1030.00 feet, a chord which bears North 54 deg. 35 min. 36 sec. West, and a chord distance 538.80 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE North 69 deg. 45 min. 20 sec. West, along the Northeast Right-of-Way of said WECKFORD BOULEVARD, a distance of 37.24 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Northwesterly, along the Northeast Right-of-Way of said WECKFORD BOULEVARD, a distance of 112.39 feet along the arc of a curve to the left, said curve having a central angle of 02 deg. 30 min. 20 sec., a radius of 2570.00 feet, a chord which bears North 71 deg. 00 min. 30 sec. West, and a chord distance 112.38 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE North 20 deg. 14 min. 40 sec. East, along the East line of a 3.498 Acre Storm Drainage and Detention Pond Easement recorded under Clerk's File No. 20080595790, H.C.D.R., a distance of 582.67 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE South 49 deg. 55 min. 18 sec. East, along the Southwest line of said 60.431 Acre tract of land, same being the Southwest line of Restricted Reserve "A" of said SPRING TRACE CENTER, a distance of 688.79 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Southeasterly, along the Southwest line of said 60.431 Acre tract of land, same being the Southwest line of Restricted Reserve "A" of said SPRING TRACE CENTER, a distance of 195.65 feet along the arc of a curve to the right, said curve having a central angle of 05 deg. 41 min. 27 sec., a radius of 1969.78 feet, a chord which bears

South 17 deg. 52 min. 08 sec. East, and a chord distance 195.56 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Southeasterly, along the Southwest line of said 60.431 Acre tract of land, same being the Southwest line of Restricted Reserve "A" of said SPRING TRACE CENTER, a distance of 151.58 feet along the arc of a curve to the right, said curve having a central angle of 04 deg. 03 min. 06 sec., a radius of 2143.58 feet, a chord which bears South 10 deg. 06 min. 05 sec. East, and a chord distance 151.55 feet to a 5/8 inch iron rod with a cap found at a point for corner;

THENCE, Southeasterly, along the Southwest line of said 60.431 Acre tract of land, same being the Southwest line of Restricted Reserve "A" of said SPRING TRACE CENTER, a distance of 44.01 feet along the arc of a curve to the right, said curve having a central angle of 01 deg. 21 min. 16 sec., a radius of 1861.77 feet, a chord which bears South 07 deg. 06 min. 15 sec. East, and a chord distance 44.01 feet to the POINT OF BEGINNING, containing within these calls 8.878 Acres or 386,740 Square Feet of land, as depicted on a plat prepared by Donald K. Hall, R.P.L.S. No. 4070, dated August 30, 2007.

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
    I hereby certify that this instrument was FILED in file number Sequence on the date and at time
stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris
County Texas on

DEC - 1 2009



COUNTY CLERK
HARRIS COUNTY, TEXAS

FILED
2009 DEC -1  PM 1:40
COUNTY CLERK
HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found
to be inadequate for the best photographic
reproduction because ... ity, carbon or photo
copy, discolored paper ... blackouts, additions
and changes were present at the time the instrument
was filed and recorded.

## MARHABA PARTNERS LIMITED PARTNERSHIP
### Schedule B 2 Bank Accounts

| Bank Name and Address | Type | Account Number | Balance |
|---|---|---|---|
| BBVA Compass Bank<br>5 Riverway<br>Houston, TX 77056 | Escrow Account | xxxxxx6185 | $128.66 |
| | Checking | xxxxxx0704 | $3,192.59 |
| | Checking | xxxxxx2184 | $0.00 |
| | Money Market | xxxx9965 | $368.00 |
| | | | |
| | | | |
| City Bank<br>10080 Bellaire Bl., Suite 101<br>Houston, TX 77072 | Checking | xxxx4803 | $1,799.63 |
| | Checking* | xxxx4161 | $20,578.20 |
| | Checking* | xxxx0912 | $91,683.79 |
| | | | |
| Trustmark National Bank<br>PO Box 291<br>Jackson, MI 39205 | Checking | xxx-xxx-4389 | $98.55 |
| | | | |
| Bank of Houston<br>PO Box 572257<br>Houston, TX | Checking | xxxxxx6700 | $1,110.40 |
| | | | |
| Total | | | $118,959.82 |

**\*Accounts are controlled by City Bank. The Debtor does not have access to the funds on hand in these accounts.**

**MARHABA PARTNERS LIMITED PARTNERSHIP**
**Schedule B 18 Other Liquidated Debts Owed to Debtor**

| Name | Description | Amount Owed to Debtor |
|---|---|---|
| Salim Halabi<br>4525 N. 66th Street, Unit 97<br>Scottsdale, AZ 95251 | Loan | $275,000.00 |
| Harris County MUD #402 | Reimbursement for construction costs. Amount shown is estimated. Assigned to City Bank as security for loan. *See* Schedule D. | $9,300,000.00 |
| Waller City MUD #2 | Reimbursement for construction costs. Amount shown is estimated.  Assigned to City Bank as security for loan. *See* Schedule D. | $2,400,000.00 |
| M&M Sienna Properties<br>7281 E. Earl Drive, Building A<br>Scottsdale, AZ 85251 | Note receivable based on reimbursement for construction costs.  The amount of this claim is unknown. | Unknown |
| Charter Title Co.<br>1800 W. Loop South, #700<br>Houston, TX 77027 | Escrow funds being held in connection with construction of Woods Road Interchange. | $87,764.61 (Estimate) |
|  |  |  |
| Total |  | $12,062,764.61 |