**Initial 30 Day Budget**

| | |
|---|---|
| electric | $ 7,500.00 |
| water | $ 2,950.00 |
| gas | $ 2,500.00 |
| adv | $ 400.00 |
| pool | $ 500.00 |
| cleaning/make ready | $ 3,500.00 |
| general maintainance | $ 6,000.00 |
| appliances | $ 1,100.00 |
| ins | $ 3,295.00 |
| carpet | $ 1,050.00 |
| garbage | $ 910.00 |
| phone | $ 165.00 |
| permits | $ 125.00 |
| mgt fee | $ 4,000.00 |
| lawn | $ 1,251.00 |
| pest | $ 275.00 |
| lease/late charge comm | $ 1,700.00 |
| maintaince person | $ 2,101.20 |
| office help | $ 900.00 |
| water treatment | $ 125.00 |
| Supplies | $ 640.00 |
| alarm | $ 20.00 |
| legal/accounting | $ 450.00 |
| City Bank | $ 20,000.00 |
| P&H | $ 10,000.00 |
| Utility Deposits | $ 5,389.50 |
| Bank Fees | $ 100.00 |
| Salary to David Lucyk | $ 12,000.00 |
| Expense Reimbursement | $ 4,000.00 |
| Accounting | $ 2,500.00 |
| Phone | $ 1,265.00 |
| Office Supplies | $ 100.00 |
| | **$ 96,811.70** |