UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Marhaba Partners Limited Partnership**

Petition Date: 1/5/2010
CASE NUMBER: 10-30227-H5-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH : FEBRUARY    YEAR: 2010

| MONTH | | | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ | 59,316 | | | | | |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | $ | 31,796 | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-7) | $ | 27,611 | | | | | |

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE See attachment 2 | | EXP. DATE |
|---|---|---|
| Casualty | yes | ___ ___ ___ |
| Liability | yes | ___ ___ ___ |
| Vehicle | yes | ___ ___ ___ |
| Workers' Compensation | no | ___ ___ ___ |
| Other: Flood | no | ___ ___ ___ |

Are all accounts receivable being collected within terms? No
Are all post-petition liabilities, including taxes, being paid with terms? No
Have any prepetition liabilites been paid? Yes
Are all funds received being deposited into DIP bank accounts? Yes
Were any assets disposed of outside the normal court of business? No
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? N/A
What is the status of your Plan of Reorganization?  Pending

| ATTORNEY NAME: | Elizabeth C. Freeman |
|---|---|
| FIRM: | Porter & Hedges, L.L.P. |
| ADDRESS: | 1000 Main Street |
| ADDRESS: | 36th Floor |
| CITY, STATE ZIP: | Houston, TX 77002 |
| TELEPHONE: | 713-226-6000 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

Signed _____ (ORIGINAL SIGNATURE)

Title  manager

MOR-1

##

February MOR (2)

**Marhaba Partners Limited Partnership**  Case Number: 10-30227-H5-11

## SUMMARY OF COVERAGES

| No. | Type of Insurance | Amounts/Limits | Insurance Co. | Term | Expire | Annual Premium |
|---|---|---|---|---|---|---|
| 1 | Commercial Liability | $2,000,000 | Century Surety | 1 yr | 4/24/2010 | $8,923.65 |
| 2 | Commercial Liability | $2,000,000 | Century Surety | 1 yr | 4/24/2010 | $15,083.97 |
| 3 | Commercial Liability | $2,000,000 | Century Surety | 1 yr | 1/7/2011 | $1,985.55 |
| 4 | Automobile | $300,000 | State Farm | 6m | 6/19/2010 | $1,199.66 |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |

**MOR-1 ATTACHMENT 2**

1871932_1

**MarhabaPartners Limited Partnership**
**10-30227-H5-11**

**Comparative Balance Sheet**
**(Unaudited)**

| ASSETS | Filing Date [(1)] 01/01/10 | 02/28/10 | | | |
|---|---|---|---|---|---|
| Current Assets: | | | | | |
| **Total Cash** | $118,959.82 | $139,734.82 | | | |
| **Accounts Receivable** | | | | | |
| Unpaid Rent | $6,261 | $225 | | | |
| Reimbursable Expenses | $11,700,000 | $11,700,000 | | | |
| Note Receivable from insider | $275,000 | $275,000 | | | |
| **Net Accounts Receivable** | | 11,975,225 | | | |
| | $11,981,261 | | | | |
| **Prepaid Expenses and Other Current Assets** | | | | | |
| Porter & Hedges  ( retainer) | | $50,000 | | | |
| Escrow funds | $50,000 | $87,764.61 | | | |
| | $87,764.61 | | | | |
| **Total Prepaid Expenses and Other Current Assets** | | $137,765 | | | |
| | $137,765 | | | | |
| **TOTAL CURRENT ASSETS** | | $12,252,724.82 | | | |
| | 12,231,724,43 | | | | |
| **Real estate** | | $190,000,743 | | | |
| Automobile | $190,000,743 | $100,000 | | | |
| | $100,000 | | | | |
| **Net Property, Plant and Equipment** | $190,100,743 | $190,100,743 | | | |
| **Other Assets** | - | | | | |
| **Total Other Assets** | - | | | | |
| **TOTAL ASSETS** | $202,282,467.43 | $2,024,933,201 | | | |

**MOR 2**

Marhaba Partners Limited Partnership
Case No. 10-30227

**Comparative Balance Sheet**
**(Unaudited)**

| LIABILITIES AND SHAREHOLDERS' EQUITY | Filing Date (1) 01/05/10 | 02/28/10 | Filing to Date |
|---|---|---|---|
| Post-Petition liabilities (MOR-4) | 379,227 | 701,366 | $ 379,227 |
| Pre-Petition liabilities: | | | |
|     Accounts Payable: | 957,755 | 957,775 | 957,755 |
|     **Total Accounts Payable** | 957,755 | 957,775 | 957,755 |
|     Accrued Expenses and Other | | | |
|     **TOTAL CURRENT LIABILITIES** | 1,336,982 | 1,659,141 | 1,659,141 |
|     **Notes Payable** | 69,447,354 | 69,447,354 | 69,447,354 |
|     **Total Notes Payable** | 69,447,354 | 69,447,354 | 69,447,354 |
| **TOTAL LIABILITIES** | 70,784,336 | 71,106,495 | 71,106,495 |
| **Shareholders' Equity** | 131,877,359 | 131,543,318 | 131,543,318 |
| **Total Shareholders' Equity** | 131,877,359 | 131,543,318 | 131,543,318 |
| **Shareholders' equity:** | 131,877,359 | 131,543,318 | 131,543,318 |
| **Total Shareholders' Equity** | 131,877,359 | 131,543,318 | 131,543,318 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 202,661,695 | $ 202,649,813 | $ 202,649,813 |

**MOR 3**

**Marhaba Partners Limited Partnership**
10-30227-H5-11

SCHEDULE OF POST-PETITION LIABILITIES

|  | January 2010 | February 2010 | Total |
|---|---|---|---|
| TRADE ACCOUNTS PAYABLE |  |  | $0.00 |
| TAX PAYABLE: |  |  | $0.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL TAXES PAYABLE |  |  | $0.00 |
| SECURED DEBT POST-PETITION |  |  |  |
| ACCRUED INTEREST PAYABLE | 344,041 | 688,082 | 1,032,123 |
| ACCRUED PROFESSIONAL FEES*: | 35,236 | 13,284 | 48,520 |
| OTHER ACCRUED LIABILITIES: |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $ 379,277 | $ 701,366 | $ 1,080,643 |

*Payment Requires Court Approval

**MOR-4**

| CASE NAME: | Marhaba Partners Limited Partnership | CASE NUMBER: | 10-30227-H5-11 |

**AGING OF POST-PETITION LIABILITIES**
Month     February

| DAYS | TOTAL | | | | | |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | 69,402,847 | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | $ 69,402,847 | | | | | |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | 11,975,000 | | | | | |
| 61+ | | | | | | |
| | | | | | | |
| TOTAL | $ 11,975,000 | | | | | |

MOR-5

**Marhaba Partners Limited Partnership**
10-30227-H5-11

### STATEMENT OF INCOME (LOSS) - UNAUDITED

| MONTH | Filing Date (1) 01/05/10 | 02/28/10 | | Filing to Date |
|---|---|---|---|---|
| **REVENUES (MOR-1)** | $60,559.34 | $60,559.34 | | $121,118.68 |
| **TOTAL COST OF REVENUES** | | | | |
| **GROSS PROFIT** | | | | |
| **OPERATING EXPENSES:** | $39,784.09 | $39,784.09 | | $79,568.18 |
| | | | | |
| | | | | |
| Other (attach list) | | | | |
| | | | | |
| **TOTAL OPERATING EXPENSE** | $39,784.09 | $39,784.09 | | $79,568.18 |
| INCOME BEFORE INT. DEPR/TAX (MOR-1) | $20,775.25 | $20,775.25 | | $41,550.50 |
| INTEREST EXPENSE (includes amort of debt fees) | | | | |
| DEPRECIATION | | | | |
| OTHER (INCOME) EXPENSES* | | | | |
| OTHER ITEMS** ) | | | | |
| TOTAL INT., DEPR & OTHER ITEMS | | | | |
| NET INCOME BEFORE TAXES | | | | |
| FEDERAL INCOME TAXES | | | | |
| **NET INCOME (LOSS) (MOR-1)** | $20,775.25 | $20,775.25 | | $41,550.50 |

Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

**MOR-6**

**CASE NAME:**

| | | | | Filing to Date |
|---|---|---|---|---|
| **OTHER** | | | | |
| | | | | $   - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| **TOTAL OTHER ITEMS** | | | | $   - |

**MOR-6 Attachment**

CASE NAME:
Marhaba Partners Limited Partnership

CASE NUMBER:
10-30227-H5-11

| CASH RECEIPTS AND DISBURSEMENTS | Filing Date [1] 01/05/10 | 02/28/10 | FILING TO DATE |
|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 118,960 | 106,661 | |
| RECEIPTS: | | | |
| 2. CASH SALES | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 60,559 | 59,316 | 119,875 |
| 4. SALE OF ASSETS | | | - |
| 5. LOANS & ADVANCES (attach list) | | | - |
| 6. OTHER (attach list) | | | - |
| TOTAL RECEIPTS | 60,559 | 59,316 | 119,875 |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | - |
| DISBURSEMENTS: | | | |
| 7. NET PAYROLL | 3,325 | 3,400 | 6,725 |
| 8. PAYROLL TAXES PAID | | | - |
| 9. SALES, USE & OTHER TAXES PAID | | | - |
| 10. SECURED/RENTAL/LEASES | | | - |
| 11. UTILITIES | 16,171 | 7,841 | 24,012 |
| 12. INSURANCE | 2,018 | | 2,018 |
| 13. INVENTORY PURCHASES | | | - |
| 14. VEHICLE EXPENSES | | | - |
| 15. TRAVEL & ENTERTAINMENT | | | - |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 12,021 | 10,521 | 22,542 |
| 17. ADMINISTRATIVE & SELLING | 6,249 | 5,849 | 12,098 |
| 18. OTHER (attach list) | | | - |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 39,784 | 27,611 | 67,396 |
| 19. PROFESSIONAL FEES | | | - |
| 20. U.S. TRUSTEE FEES | | | - |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | - |
| TOTAL DISBURSEMENTS | 39,784 | 27,611 | 67,395 |
| 22. NET CASH FLOW | 20,775 | 31,796 | 52,571 |
| 23. CASH - END OF MONTH (MOR-2) | | | - |

**MOR-7**

CASE NAME:                                                                              CASE NUMBER:

| OTHER CASH RECEIPTS AND DISBURSEMENTS: | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|
| **6. OTHER RECEIPTS:** | | | | | | |
| Interest Income | | | | | | - |
| Principal Settlement Income | | | | | | - |
| Intercompany Transfers | | | | | | - |
| Refund | | | | | | - |
| Void Checks | | | | | | - |
| Miscellaneous | | | | | | - |
| Insurance Proceeds | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| **TOTAL OTHER RECEIPTS** | | | | | | - |
| **18. OTHER DISBURSEMENTS:** | | | | | | |
| Storage Expense | | | | | | - |
| Security | | | | | | - |
| Contract Labor | | | | | | - |
| Intercompany Transfers | | | | | | - |
| Miscellaneous | | | | | | - |
| Reimbursement | | | | | | - |
| Purchase fixed assets | | | | | | - |
| | | | | | | |
| **TOTAL OTHER DISBURSEMENTS** | | | | | | - |

**MOR-7 Attachment**

**Marhaba Partners Limited Partnership**
**10-30227-H5-11**

CASH ACCOUNT RECONCILIATION
MONTH OF
**february**

| BANK NAME | Bank Of Houston | Bank Of Houston | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NUMBER** | 25767 | 1867 | | | | | | |
| *ACCOUNT TYPE* | checking | checking | | | | | | |
| BANK BALANCE | $ 50,672 | $ 2,966 | | | | | | |
| DEPOSIT IN TRANSIT | | | | | | | | |
| OUTSTANDING CHECKS/OTHER | | | | | | | | |
| ADJUSTED BANK BALANCE | | | | | | | | |
| BEGINNNG CASH - PER BOOKS | $ 10,617 | $4,359.13 | | | | | | |
| RECEIPTS | $49,815.60 | 200 | | | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 9,761 | 1,594 | | | | | | |
| **ENDING CASH - PER BOOKS** | $ 50,672 | $ 2,966 | | | | | | |

**MOR-8**

**Marhaba Partners Limited Partnership**
**10-30227-H5-11**

## PAYMENT TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g, salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | Filing Date [1] 01/05/10 | 02/28/10 | | | | |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| | | | | | | |
| TOTAL INSIDERS (MOR-1) | $    - | | | | | |

| PROFESSIONALS NAME/ORDER DATE | | | | | | |
|---|---|---|---|---|---|---|
| 1.   Porter and Hedges | $    - | $    - | | | | |
| | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $    - | $    - | | | | |

**MOR-9**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Operating Report were served by United States mail, first class, postage prepaid, on the 20th day of April 2010, on the following:

**U.S. Trustee**
Office of the United States Trustee
515 Rusk, Room 3516
Houston, TX 77002

        /s/ Elizabeth C. Freeman
        Elizabeth C. Freeman