IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § | |
| § | Case No. 10-30227-KKB-11 |
| MARHABA PARTNERS, LTD. § | |
| Debtor. § | |

**WITNESS AND EXHIBIT LIST OF CITY BANK
FOR HEARING ON CITY BANK'S MOTION FOR RELIEF FROM STAY
SCHEDULED FOR APRIL 26, 2010**

TO THE HONORABLE KAREN K. BROWN, U.S. Bankruptcy Judge:

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| **Main Case No**: 10-30227-KKB-11 | **Name of Debtor**: Marhaba Partners, Ltd. |
| **Adversary No:** | Style of Adversary: |
| | |
| **Witnesses:** | |
| 1. Scott Blount, Sr. Vice President, City Bank | **Judge:** Karen K. Brown |
| 2. David Lucyk | **Courtroom Deputy**: |
| 3. David Ambrose | Hearing Date: April 26, 2010 |
| | **Hearing Time**: 9:30 a.m. |
| | **Party's Name**: City Bank |
| | **Attorney's Name**: David R. Langston and M. Andrew Stewart |
| | **Attorney's Phone**: 806-765-7491 |
| | **Nature of Proceeding**: Motion For Relief From Stay |
| | |
| | |

City Bank reserves the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. City Bank also reserves the right to call any witnesses designated by opposing counsel.

**EXHIBITS**

City Bank discloses that it may introduce the following exhibits:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Promissory Note dated April 24, 2008 in the amount of $10,850,000.00 | | | | |
| 2. | Deed of Trust dated April 24, 2008 | | | | |
| 3. | Loan Agreement dated April 24, 2008 | | | | |
| 4. | Loan Modification Agreement dated July 15, 2009 | | | | |
| 5. | UCC Financing Statement dated April 29, 2008 | | | | |
| 6. | Loan History Record | | | | |
| 7. | Debtor's First Preliminary Budget proposed on January 25, 2010 | | | | |
| 8. | March 18, 2010 Cash Collateral Budget | | | | |
| 9. | Debtor's Final Approved Budget on Interim Basis | | | | |
| 10. | Debtor's Compiled Financial Statements dated December 31, 2008 | | | | |
| 11. | Owner Account Balance Analysis Summary, (Including Operating Report and Rent Roll For Apartment Complex | | | | |
| 12. | Debtor's Pre Petition Budgets and Balance Sheets For McCue Apartments from November 2009 | | | | |
| 13. | December bills sent to City Bank by Debtor on February 5, 2010 | | | | |
| 14. | City Bank Account Summary dated February 23, 2010 | | | | |
| 15. | Debtor's January 2010 Invoices | | | | |
| 16. | January 2010 bank statement on DIP Account | | | | |
| 17. | February 2010 bank statement on DIP Account | | | | |
| 18. | Statement of Collections of Marquee West Apartments for February | | | | |
| 19. | Owner Income and Expense Statement on Olympus/Nelson Property Mgt Co. through Janaury 2010 | | | | |
| 20. | Statement of Collections Marquee West Apartments for January 2010 | | | | |
| 21. | Income and Expense Statement for McCue Apartments for January 2010 | | | | |
| 22. | Rent Roll Report for January 2010 | | | | |
| 23. | E-mail from Steve Weyrich to David | | | | |

|     |                                                                                             |  |  |  |  |
| --- | ------------------------------------------------------------------------------------------- | - | - | - | - |
|     | Lucyk dated February 15, 2010 discussing budgeted income                                    |  |  |  |  |
| 24. | Debtor's February 2010 Invoices                                                             |  |  |  |  |
| 25. | February Rent Roll for McCue and January and February Income and Expense Statements for McCue |  |  |  |  |
| 26. | 2009 Property Tax Statement                                                                 |  |  |  |  |
| 27. | Expense Reimbursable Information                                                            |  |  |  |  |
| 28. | E-mail correspondence regarding reimbursable expenses                                       |  |  |  |  |
| 29. | Listing of January Bills Paid                                                               |  |  |  |  |
| 30. | Monthly Operating Report for January 2010                                                   |  |  |  |  |
| 31. | Monthly Operating Report for February 2010                                                  |  |  |  |  |
| 32. | Amended Schedules dated February 25, 2010 (Judicial Notice)                                 |  |  |  |  |
| 33. | Amended Statement of Financial Affairs dated February 25, 2010 (Judicial Notice)            |  |  |  |  |
| 34. | Correspondence regarding Debtor's recent attempts to secure refinancing of real estate      |  |  |  |  |
| 35. | Appraisal Report dated March 23, 2010                                                       |  |  |  |  |

City Bank reserves the right to amend this Exhibit List and to introduce other exhibits as may be necessary for impeachment purposes. City Bank also reserves the right to introduce exhibits designated by opposing counsel.

Respectfully Submitted,

MULLIN HOARD & BROWN, LLP
David R. Langston, SBN: 11923800
(Southern Dist. Bar No. 9489)
M. Andrew Stewart, SBN: 24037554
(Southern Dist. Bar No. 1065805)
P. O. Box 2585
Lubbock, Texas 79408-2585
Tel: (806) 765-7491
Fax: (806) 765-0553
By:  /s/ M. Andrew Stewart
       M. Andrew Stewart
**Attorneys for City Bank**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was sent regular via ECF and/or U.S. Mail, postage prepaid, on this 22nd day of April, 2010, to the following listed parties in interest:

1. Marhaba Partners, Ltd.
   1499 Potomac
   Houston, Texas 77057
   ***Debtor***

2. Liz Freeman
   PORTER & HEDGES LLP
   1000 Main Street, 36th Fl.
   Houston, Texas 77002
   ***Attorney Debtor***

3. Shu Mak
   City Bank Texas
   10080 Bellaire Blvd., Suite 101
   Houston, TX 77072
   ***Creditor***

      By: /s/ M. Andrew Stewart_____
           M. Andrew Stewart