UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MARHABA PARTNERS LIMITED § | CASE NO. 10-30227 |
| PARTNERSHIP, § | (Chapter 11) |
| § | |
| DEBTOR. § | |

**ORDER DENYING MARHABA PARTNERS LIMITED PARTNERSHIP'S EXPEDITED MOTION FOR (i) APPROVAL OF SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES UNDER 11 U.S.C. § 363(F); (ii) ORDER AUTHORIZING PAYMENT OF CERTAIN CLOSING EXPENSES AND FEES, AND (iii) WAIVER OF 14 DAY STAY OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**
(Refers to Docket No. 58 and 63)

Came on for consideration, Marhaba Partners Limited Partnership's Expedited Motion for (i) Approval of Sale of Real Property Free and Clear of Liens, Claims, Interests and Encumbrances Under 11 U.S.C. § 363(F); (ii) Order Authorizing Payment of Certain Closing Expenses and Fees, and (iii) Waiver of 14 Day Stay of Federal Rule of Bankruptcy Procedure 6004(h) [Docket No. 59] (the "Motion") and Compass Bank's Objection to the Motion and after due consideration of the pleadings and for the reasons stated on the record the Motion is DENIED, it is hereby

ORDERED that the proposed sale of tract is not approved.

SIGNED this ___ day of _____, 2010.

_____
KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

Order submitted by:

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002

7