## Service List

Marhaba Partners Ltd.
1499 Potomac
Houston, Texas 77057

U.S. Attorneys Office
Southern District
Donald J.Degabrielle, Jr.
PO Box 61129
Houston, TX 77208-1129

Christina Marsh
Office of the US Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

Texas Comptroller of Public Accounts
Austin, TX 78774

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
1919 Smith Street
Stop 5022 HOU
Houston, TX 77002

Securities Exchange Commission
Attn: Angela D. Dodd
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

State of Texas Comptroller
PO Box 149348
Austin, TX 78714-9348

Trustmark National Bank
10497 Town & Country Way, Suite 860
Houston, TX 77024

Bank of Houston
750 Bering Drive, Suite 100
Houston, TX 77057

BBVA Compass Bank
c/o Hirsch & Westheimer, P.C.
700 Louisiana Street, 25th Floor
Houston, TX 77002

Central Bank
4605 Post Oak Drive, Suite 130
Houston, TX 77027

City Bank
10080 Bellaire Bl., Suite 101
Houston, TX 77072

Fortune Lending Corporation
4610 Riverstone Bl., Suite 100
Missouri City, TX 77459

Lasco McCue, Ltd.
3301 Edloe Street, Suite 100
Houston, TX 77027

Memorial Herman Hospital
9401 Southwest Freeway, #1120
Attn: Kirk Gullanshah
Houston, TX 77074

A&S Engineers, Inc.
10377 Stella Link Rd.
Houston, TX 77025-5445

Allen Boone Humphries Robinson
3200 Southwest Freeway, Suite 2600
Houston, TX 77027

Ambrose Appraisal
16545 Village Drive, Building A
Jersey Village, TX 77040

Espey Consultants, Inc.
4801 Southwest Parkway
Parkway 2, Suite 150
Austin, TX 78735

Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

JAHO, Inc.
c/o Christian Smith & Jewell
2302 Fannin, Suite 500
Houston, TX 77002

Siemco Lawn
99 Island Bl.
Missouri City, TX 77459

Terra Associates, Inc.
1445 N. Loop West, Suite 450
Houston, TX 77008

Terracon Consultants, Inc.
18001 W. 106th Street, Suite 300
Olathe, KS 66061



EXHIBIT A

Jay W. Hurst
Assistant Attorney General Bankruptcy &
Collections Division
P.O. Box 12548
Austin, TX 78711-2548

David Langston
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408-2585

Melissa A. Haselden
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057

Jim D. Hamilton
Anthony F. Sullivan
Ross, Banks, May; Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, TX 77056

William B. Sing
Johnathan C. Bolton
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Micheal W. Bishop, Esq.
Kevin McInnis, Esq.
LOOPER REED & McGRAW, P.C.
1601 Elm Street, Suite 4600
Dallas, Texas 75201

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
Bank of America Center, 25th Floor
700 Louisiana
Houston, Texas 77002-2728

AT&T
P.O. Box 930170
Dallas, TX 75393

Bank Direct Capital Finance
Two Conway Park
Lake Forest, IL 60045

Brothers Plumbing
14168 Mott Lane
Splendora, TX 77372

Centerpoint Energy
P.O. Box 4981
Houston, TX 77210-4981

CenterPoint Energy
P.O. Box 2628
Houston, TX 77252

City of Houston
P.O. Box 1560
Houston, TX 77251

Envirocare Services, LLC
P.O. Box 590051
Houston, TX 77259-0051

Fantastic Floors, Inc.
P.O. Box 800727
Houston, TX 77280-0727

Hillview Landscaping
P.O. Box 460665
Houston, TX 77056

Home Depot Credit Service
P.O. Box 6029
The Lakes, NV 88901-6029

Houston Lock & Mailboxes
P.O. Box 25264
Houston, TX 77265

Intercontinental Service
1503 Carriage Hill Bl.
Conroe, TX

Ken Mor Electric L.P.
2306 McCue Road, $104
Houston, TX 77056

Master Care Gardens
P.O. Box 771592
Houston, TX 77215-1592

National Extra Effort Payphones
9422 Hammerly
Houston, TX 77080

Office Depot Credit Plan
P.O. Box 689010
Des Moines, IA 50368-9020

P/PM Services
1009 Louisiana Ave.
South Houston, TX 77587

Redi Carpet
P.O. Box 973915
Dallas, TX 75397-3915

Reliant Energy
P.O. Box 650475
Dallas, TX 75265-0475

StarTex Power
P.O. Box 4802
Houston, TX 77210-4802

The Envirotrol Company, Inc.
806 Beltline
Grand Prairie, TX 75050

Tom Logan
2320 McCuew #14
Houston, TX 77056

Value Technologies
14306 Summerwood Lakes Drive
Houston, TX 77044

Waste Management of Texas, Inc.
1901 Afton Street
Houston, TX 77055-2203

Lake Olympia Civic Association
c/o Sarah Vultaggio
9700 Richmond Avenue, #222
Houston, TX 77042

Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Donald L. Turbyfill
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420 – West
Houston, TX 77056-1805

Owen Sonik
PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008

Stephen Ray Smith
Christian Smith & Jewell, LLP
2302 Fannin, Ste. 500
Houston, TX 77002

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX 75251

J. Grady Randle
Randle Law Office Ltd., L.L.P.
820 Gessner, Suite 1570
Houston, TX 77024

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355 0701

Kurt T. Nelson
McCormick Hancock & Newton
1900 West Loop South, Suite 700
Houston, TX 77027