UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARHABA PARTNERS LIMITED | § | CASE NO. 10-30227 |
| PARTNERSHIP, | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | |
| COMPASS BANK | § | |
| | § | |
| MOVANT, | § | |
| | § | |
| VS. | § | CONTESTED MATTER |
| | § | |
| MARHABA PARTNERS LIMITED | § | |
| PARTNERSHIP, | § | |
| | § | |
| RESPONDENT. | § | |

**ORDER GRANTING COMPASS BANK'S MOTION TO ENFORCE DEBTOR'S
AGREEMENT REGARDING TERMINATION OF THE AUTOMATIC STAY**
(relates to docket no. ___)

Came on for consideration, Compass Bank's Motion to Enforce Debtor's Agreement Regarding Termination of the Automatic Stay (the "Motion") and after reviewing the pleadings, the exhibits admitted and hearing the arguments of counsel, hereby grants the Motion. It is therefore

ORDERED that the agreement announced between Marhaba and Compass Bank in open Court that the automatic stay would be lifted regarding Compass Bank's collateral identified on Exhibit A hereto (the "Compass Bank Collateral") in the event Compass Bank was not paid by November 1, 2010 is enforced and this Court will enforce the agreement; It is further

ORDERED that the automatic stay is lifted and that Compass Bank be allowed to post, in November 2010 or thereafter, the Debtor's real property that serves as Compass Bank's

930505.20080535/844761.1

Collateral, a listing of which is attached hereto as Exhibit A, for a public foreclosure sale to occur on December 7, 2010 or the first Tuesday of any month thereafter.

     SIGNED this ___ day of _____, 2010.


_____
KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE


Order submitted by:
Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002

930505.20080535/844761.1