

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/13/2010

In re: §
§
MARHABA PARTNERS LIMITED § Case No. 10-30227
PARTNERSHIP §
§
Debtor. § (Chapter 11)

## ORDER OF DISMISSAL

**CAME ON** to be considered the motion of the United States Trustee's Motion to Dismiss Case, or in the Alternative, to Convert Case to Chapter 7. Due notice and opportunity for hearing having been give to all parties by the Clerk, and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. § 1112(b) or otherwise, it is hereby

**ORDERED** that: This chapter 11 case is dismissed effective January 5, 2011. If for any reason the Debtor commences another case under any chapter of the title 11 of the United States Code before that date, the automatic stay of § 362 will not be applicable to any property owned by the Debtor as of the date of entry of this Order; it is further

**ORDERED** that the Debtor shall pay within ten (10) days of the entry of this ORDER, the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 and submit an appropriate affidavit of disbursements; it is further

**ORDERED** that Debtors failure to pay the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 and submit an appropriate affidavit of disbursements will be treated as a contempt of this Court's Order and subject Debtor to an immediate hearing to determine if sanctions should be assessed. The UST may seek a hearing upon default; It is further

**ORDERED** that professionals shall file fee applications within 10 days of this order and shall return to the Debtor any remaining fee retainer that has not been applied for and/or approved by the court. Fees and/or commissions not approved by this deadline will be denied. It is further

SIGNED this _13_ day of _Dec_____, 2010.

THE HONORABLE KAREN K. BROWN,
UNITED STATES BANKRUPTCY JUDGE